UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

                                                                 Civil Action No. 07 CV 9580 (HB)

                Plaintiffs,

        -against-                                    **RULE 7.1 STATEMENT**

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

                Defendants.
----------------------------------------------------------------x

       Pursuant to Fed. R. Civ. P. 7.1., the undersigned counsel for Plaintiffs Diesel Props S.R.L. and Diesel Kid S.R.L. states that Diesel S.p.A. is the corporate parent of both plaintiffs and there is no publicly held corporation that owns 10% or more of its stock.

DATED:     October 26, 2007
                New York, New York

                                                DREIER LLP

                                                By:s/ Ira S. Sacks
                                                     Ira S. Sacks
                                                     Mark S. Lafayette
                                              499 Park Avenue
                                              New York, New York 10022
                                              (212) 328-6100
                                              *Attorneys for Plaintiffs*