<u>**CONFORMED COPY**</u>

Ira S. Sacks
Mark S. Lafayette
DREIER LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
DIESEL PROPS S.R.L. and DIESEL KID S.R.L.,  :
                                            :   07 Cv. 9580 (HB)
                          Plaintiff,        :
                                            :   **<u>TEMPORARY RESTRAINING</u>**
            -against-                       :   **<u>ORDER AND ORDER TO</u>**
                                            :   **<u>SHOW CAUSE FOR A</u>**
                                            :   **<u>PRELIMINARY INJUCTION</u>**
                                                **<u>AND ORDER ALLOWING</u>**
                                                **<u>THE FILING OF</u>**
                                                **<u>DOCUMENTS UNDER SEAL</u>**

GLOBAL BRAND MARKETING INC. and             :
GREYSTONE BUSINESS CREDIT II LLC,
                                            :
                          Defendant.        :
--------------------------------------------------------------- x

Upon the Complaint filed herein, the Declaration of Luigi Mezzasoma dated October 26, 2007, the Declaration of Germano Ferraro dated October 26, 2007 and the Declaration of Rosanna Sartori dated October 26, 2007, the exhibits to such declarations, and the accompanying memorandum of law, let defendants show cause before Judge Rakoff of the United States District Court for the Southern District of New York at the United States Courthouse, 500 Pearl Street, New York, New York, Room 14B, on October 26, 2007 at 5p.m., why an Order should not be entered pursuant to Federal Rule of Civil Procedure ("FRCP") 65 temporarily restraining and enjoining order restraining and enjoining defendants Global Brand Marketing, Inc. ("GBMI") and

Greystone Business Credit II, LLC ("Greystone"), and their officers, members, agents, servants, employees and attorneys and those in active concert or participation with them who receive actual notice of this order, from seizing, liening, transferring, selling, effecting, taking any action with respect to, distributing or otherwise disturbing or asserting control over the inventory of 158,927 pairs of branded Diesel footwear (the "Warehouse Product") presently believed to be stored at warehouse used by GBMI located in Chino, California; and it is further

ORDERED that defendants show cause before Judge Baer of the United States District Court for the Southern District of New York at the United States Courthouse, 500 Pearl Street, New York, New York, Room 23B, on November 1, 2007 at 12 noon, why an Order should not be entered pursuant to Federal Rule of Civil Procedure ("FRCP") 65 preliminarily enjoining defendants Global Brand Marketing, Inc. ("GBMI") and Greystone Business Credit II, LLC ("Greystone"), and their officers, members, agents, servants, employees and attorneys and those in active concert or participation with them who receive actual notice of this order, from seizing, liening, transferring, selling, effecting, taking any action with respect to, distributing or otherwise disturbing or asserting control over the Warehouse Product and directing that GBMI transfer the Warehouse Product to Plaintiffs; and it is further

ORDERED that notice of plaintiff's motion for a temporary restraining order and preliminary injunction by (i) attempted telephonic notification of such motions by plaintiffs' counsel, (ii) service of the papers submitted to this Court in support of such motions by e-mail service, without exhibits, and (iii) service of all papers submitted herein by delivery (on or before 8:00 p.m. on October 26, 2007) of such papers to the

custody of a reputable overnight courier addressed as set forth below for Saturday delivery shall be deemed good and sufficient service; and it is further

ORDERED that, by 5 p.m. on 10/31/2007, plaintiffs post a bond in the amount of $ 25,000 in this action as sufficient security for the payment of costs and damages as may be incurred by any party wrongly enjoined or restrained hereby; and it is further

ORDERED that pending the hearing and determination of the above motions, the Clerk of the Court is to keep and maintain the Exhibit Binder submitted by Plaintiffs under seal until further order and that public scrutiny of such binder shall not be permitted; and it is further

ORDERED that defendants' opposition papers, if any, shall be served by hand delivery upon Plaintiffs' attorneys, Dreier LLP, 499 Park Avenue, New York, New York 10022 at or before 12 noon on October 31, 2007.

Telephone Numbers and Addresses for Service:

| Global Brands Marketing, Inc. | Greystone Business Credit II LLC |
| --- | --- |
| 6410 Via Real | 152 West 57th Street, 60th Floor |
| Carpinteria, California 93013 | New York, New York 10019 |
| Attn: Sudeepto Datta or General Counsel | Attn: Guy G. Smith or General Counsel |
| kdatta@gbmi.net | gsmith@greystoneBC.com |
| 805-562-5600 | 212-956-2887 |

Issued at:
2:20 p.m.

October 26, 2007

s/ _____
Jed E. Rakoff, U.S.D.J.
