UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

                                                         No. 07 CV 9580 (HB)

                Plaintiffs,

     -against-

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

                Defendants.
----------------------------------------------------------------x

## CERTIFICATE OF SERVICE

       Ira S. Sacks, an attorney duly admitted to practice before the Courts of the State of New York, hereby certifies, as follows:

       On the 26th day of October, 2007, in compliance with the Order to Show Cause signed by Judge Rakoff in the Southern District of New York on that same day, I served a copy of:

1. A summons in the above-captioned matter;

2. A complaint in the above-captioned matter;

3. A Rule 7.1 Statement;

4. A civil cover sheet for the above-captioned matter;

5. A conformed copy of an Order to Show Cause signed by Judge Rakoff in the Southern District of New York, with Declarations of Luigi Mezzasoma, Germano Ferraro and Rosanna Sartori attached;

6. A Memorandum of Law in Support of Motion for A Temporary Restraining Order and Preliminary Injunction.

by Electronic Mail on:

      Sudeepto Datta                             Guy G. Smith
      Global Brands Marketing, Inc.          Greystone Business Credit II LLC

{00301055.DOC;2}

'kdatta@gbmi.net'                              'gsmith@greystoneBC.com'

.       On October 26, 2007, I also caused Mark S. Lafayette to place telephone calls to Sudeepto Datta and Guy G. Smith to give them verbal notice of the Temporary Restraining Order hearing in the above captioned action scheduled for 5:00 p.m. that afternoon at the Southern District of New York.  Mr. Lafayette was able to reach Mr. Smith, left a message for Mr. Datta, through a detailed voicemail message with his assistant, and left a detailed voicemail message for Mr. Eden, the General Counsel of Global Brands Marketing, Inc.

On October 26, 2007, I also caused Jennifer T. Daddio to email the above individuals the Exhibit Binder to the Declarations of Luigi Mezzasoma, Germano Ferraro and Rosanna Sartori and send:

1. A summons in the above-captioned matter;

2. A complaint in the above-captioned matter;

3. A Rule 7.1 Statement;

4. A conformed copy of an Order to Show Cause signed by Judge Rakoff in the Southern District of New York, with Declarations of Luigi Mezzasoma, Germano Ferraro and Rosanna Sartori attached;

5. An Exhibit Binder;

6. A Memorandum of Law in Support of Motion for A Temporary Restraining Order and Preliminary Injunction.

by Federal Express Priority Overnight Saturday Delivery on:

Attn: Sudeepto Datta or General Counsel        Attn: Guy G. Smith or General Counsel
Global Brands Marketing, Inc.                  Greystone Business Credit II LLC
6410 Via Real                                  152 West 57th Street, 60th Floor
Carpinteria, California 93013                  New York, New York 10019

Dated:  October 29, 2007
        New York, New York                     s/ Ira S. Sacks_____
                                                        Ira S. Sacks