```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------x
DIESEL PROPS S.R.L. and DIESEL KID    :
S.R.L.,                               :
                                      :   07 Civ. 9580 (HB)
              Plaintiffs,             :
                                      :        ORDER
         -v-                          :
                                      :
GLOBAL BRAND MARKETING INC. and       :
GREYSTONE BUSINESS CREDIT II LLC,     :
                                      x
              Defendants.
--------------------------------------
```

JED S. RAKOFF, U.S.D.J.

    Acting as Part I Judge, the Court hereby confirms the order given at oral argument on the plaintiffs' motion for an order to show cause and a temporary restraining order. See transcript, 10/26/07. Defendants and their officers, members, agents, servants, employees, and attorneys and those in active concert or participation with them who receive actual notice of this order are restrained from seizing, liening, transferring, selling, effecting, taking any action with respect to, distributing, or otherwise disturbing or asserting control over the inventory of 158,927 pairs of branded Diesel footwear presently believed to be stored at a warehouse used by defendant Global Brand Marketing Inc. located in Chino, California. This restraint shall remain in effect until the completion of the further hearing before the Court that begins at 9:00 a.m. on Monday, October 29, 2007.

    SO ORDERED.

New York, NY
10/26/07

_____
JED S. RAKOFF, U.S.D.J.