```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DIESEL PROPS S.R.L. and DIESEL KID   :
S.R.L.,                              :
                                     :   07 Civ. 9580 (HB)
          Plaintiffs,                :
                                     :   ORDER
     -v-                             :
                                     :
GLOBAL BRAND MARKETING INC. and      :
GREYSTONE BUSINESS CREDIT II LLC,    :
                                     :
          Defendants.                :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    Acting as Part I Judge, the Court hereby lifts the temporary restraining order put in place at oral argument on the plaintiffs' motion for an order to show cause and a temporary restraining order, see transcript, 10/26/07, and confirmed in a written order dated October 26, 2007. A new temporary restraining order is now imposed, pursuant to which defendants and their officers, members, agents, servants, employees, and attorneys and those in active concert or participation with them who receive actual notice of this order are restrained from seizing, liening, transferring, selling, effecting, taking any action with respect to, distributing, or otherwise disturbing or asserting control over the inventory of 158,927 pairs of branded Diesel footwear presently believed to be stored at a warehouse used by defendant Global Brand Marketing Inc. located in Chino, California, except that the footwear may be sold to any outlets previously approved in the distribution agreement between Diesel Props S.R.L. and Global Brand Marketing Inc. The parties are reminded that the hearing on a preliminary injunction is scheduled

for Thursday, November 1, 2007 before the Honorable Judge Harold Baer, Jr.

    SO ORDERED.

                                                    JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       October 29, 2007