```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/07

------------------------------------------------------------X
DIESEL PROPS S.R.L. and                           :
DIESEL KID S.R.L.,                                :
                                                  :   07 Civ. 9580 (HB)
              Plaintiffs,                         :
                                                  :   ORDER
    -against-                                     :
                                                  :
GREYSTONE BUSINESS CREDIT II LLC                  :
and GLOBAL BRAND MARKETING, INC.                  :
                                                  :
              Defendants.                         :
------------------------------------------------------------X

**Hon. Harold Baer, Jr., District Judge:**

WHEREAS, on Friday, October 26, 2007, Judge Rakoff entered a Temporary Restraining Order on behalf of Plaintiffs Diesel Props S.R.L. and Diesel Kid S.R.L. (collectively, the "Plaintiffs") against Defendants Greystone Business Credit II LLC and Global Brand Marketing, Inc. (collectively, the "Defendants"); and

WHEREAS, Plaintiffs now move this Court for a preliminary injunction against Defendants; and

WHEREAS, pursuant to a teleconference with Chambers on Tuesday, October 30, 2007, Defendants requested time for limited discovery to respond to Plaintiffs' Motion for a Preliminary Injunction; it is hereby

ORDERED that Defendants may conduct discovery through Friday, November 9, 2007 directed towards their response to Plaintiffs' Motion for a Preliminary Injunction, and that Plaintiffs will cooperate with Defendants' discovery efforts; and further

ORDERED that Defendants will serve any Opposition to the papers and submit a courtesy copy **directly to chambers on or before close of business on November 16, 2007**; and further

ORDERED that the Court will hear oral argument on Plaintiffs' Motion for a Preliminary Injunction on Monday, November 19, 2007 at 2:00 P.M. in Courtroom 23B.

**SO ORDERED.**
October 30, 2007
New York, New York

                                              _____
                                                         U.S.D.J.