```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/31/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

DIESEL PROPS S.R.L. AND
DIESEL KID S.R.L.,

                      Plaintiffs,

     -against-

GLOBAL BRAND MARKETING
INC. AND GREYSTONE BUSINESS
CREDIT II LLC,

                      Defendants

-------------------------------------------------------

07 Cv. 9580 (HB)

NOTICE OF FILING OF
TEMPORARY RESTRAINING
ORDER BOND

     PLEASE TAKE NOTICE that attached is an original temporary restraining bond issued by Chubb Group of Insurance Companies with respect to that certain Order of Judge Jed S. Rakoff dated October 26, 2007.

Dated: New York, New York
         October 31, 2007

                                         DREIER LLP

                                         By: _____
                                         Ira S. Sacks
                                         499 Park Avenue
                                         New York, NY 10022

                                         Attorneys for Plaintiffs

{00302276.DOC;}



# CHUBB GROUP OF INSURANCE COMPANIES

15 Mountain View Road, P.O. Box 1615, Warren, NJ 07061-1615

Bond # 8303-80-99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DIESEL PROPS S.R.L.
AND DIESEL KID S.R.L.,

    Plaintiff,

  -against-

GLOBAL BRAND MARKETING
INC. AND GREYSTONE
BUSINESS CREDIT II LLC,
    Defendants.

07 Cv. 9580 (HB)

<u>TEMPORARY RESTRAINING
ORDER AND ORDER TO
SHOW CAUSE FOR A
PRELIMINARY INJUNCTION
AND ORDER ALLOWING
THE FILING OF DOCUMENTS
UNDER SEAL</u>

---

WHEREAS, the plaintiff is about to commence an action against defendants for a preliminary injunction, to be made permanent on final hearing, and meanwhile to apply for a temporary restraining order against them enjoining and restraining them from the commission of certain acts, as in the motion for such order and affidavit attached hereto in support thereof more particularly described;

NOW, THEREFORE, the undersigned, VIGILANT INSURANCE COMPANY, a corporation of the State of New York, as surety, in consideration of the premises and of the issuing of the temporary restraining order, does hereby undertake in the sum of TWENTY FIVE THOUSAND AND 00/100 ($25,000.00) Dollars

and promises that, if a temporary restraining order shall issue, the plaintiff will pay to the parties enjoined, such damages and costs not exceeding the sum of TWENTY FIVE THOUSAND AND 00/100 ($25,000.00) Dollars

Bond # 8303-80-99

Page 2

as they may sustain by reason of the issuance of the temporary restraining order, if the court finally decides that the plaintiff was not entitled thereto.

IN WITNESS WHEREOF, the VIGILANT INSURANCE COMPANY has caused this undertaking to be signed, and its corporate seal affixed by its duly authorized Attorney-in-Fact.

                                          VIGILANT INSURANCE COMPANY

                                          BY: *[signature]*

Dated: October 30, 2007
Warren, NJ
                                          Helen S. Delaney, Attorney-in-Fact

*Approved 10/31/07*
*S. Michael McMahon*
*Clerk*

## ACKNOWLEDGMENT OF ANNEXED INSTRUMENT

STATE OF New Jersey  } ss.:
COUNTY OF Somerset  }

On this __30th__ day of __October__ __2007__, before me personally came _____ Helen S. Delaney _____ who, being by me duly sworn, did depose and say that he is an Attorney-in-Fact of the __Vigilant Insurance Company__, and knows the corporate seal thereof; that the seal affixed to said annexed instrument is such corporate seal, and was thereto affixed by authority of the Power of Attorney of said Company, of which a Certified Copy is hereto attached, and that he signed said instrument as an Attorney-in-Fact of said Company by like authority.

My Commission Expires

_____

Acknowledged and Sworned to before me
on the date above written

*Maria D. Scardigno*
(Notary Public)

MARIA D. SCARDIGNO
Notary Public, State of New Jersey
No. 2229781
Commission Expires Sept 25, 2009

Form 21-10-103 (Rev. 5-92)


# VIGILANT INSURANCE COMPANY

STATEMENT OF ASSETS, LIABILITIES AND SURPLUS TO POLICYHOLDERS

Statutory Basis

**DECEMBER 31, 2006**

(in thousands of dollars)

| ASSETS | | LIABILITIES AND SURPLUS TO POLICYHOLDERS | |
|---|---:|---|---:|
| Cash and Short Term Investments | $ 47,649 | Outstanding Losses and Loss Expenses | $ 77,607 |
| United States Government, State and Municipal Bonds | 73,767 | Unearned Premiums | 24,955 |
| | | Reinsurance Premiums Payable | 97,565 |
| Other Bonds | 75,276 | Provision for Reinsurance | 1,128 |
| Stocks | 35,973 | Other Liabilities | 42,518 |
| Other Invested Assets | 0 | | |
| TOTAL INVESTMENTS | 232,665 | TOTAL LIABILITIES | 243,773 |
| Premiums Receivable | 134,696 | Capital Stock | 4,500 |
| Other Assets | 14,770 | Paid - In Surplus | 25,169 |
| | | Unassigned Funds | 108,689 |
| | | SURPLUS TO POLICYHOLDERS | 138,358 |
| TOTAL ADMITTED ASSETS | $ 382,131 | TOTAL LIABILITIES AND SURPLUS TO POLICYHOLDERS | $ 382,131 |

Investments are valued in accordance with requirements of the National Association of Insurance Commissioners. Investments valued at $12,067,135 are deposited with government authorities as required by law.

A CORRECT STATEMENT:

*[signature]*

Helen S. Delaney

Form 27-10-0074 (Rev. 5-07)



| Chubb Surety | POWER OF ATTORNEY | Federal Insurance Company<br>Vigilant Insurance Company<br>Pacific Indemnity Company | Attn: Surety Department<br>15 Mountain View Road<br>Warren, NJ 07059 |

**Know All by These Presents,** That FEDERAL INSURANCE COMPANY, an Indiana corporation, VIGILANT INSURANCE COMPANY, a New York corporation, and PACIFIC INDEMNITY COMPANY, a Wisconsin corporation, do each hereby constitute and appoint Terrence W. Cavanaugh, James E. Altman, John B. Fuoss, John P. Smith, Matthew E. Lubin, Kenneth C. Wendel, Christopher T. Parker, J. M. Fairweather, Jane M. Bender, Deidre Buckley, Richard W. Barnett, Edward J. Reilly, Helen S. Delaney, Fred Spielberger, Kevin M. Waldron, Tina M. Hawkins, Robert G. Kelly, Richard A. Ciullo, Gonzalo Videla, Scott W. Bishop, Sean Petty, and Michael C. Fay of Warren, New Jersey each as their true and lawful Attorney-in-Fact to execute under such designation in their names and to affix their corporate seals to and deliver for and on their behalf as surety thereon or otherwise, bonds and undertakings and other writings obligatory in the nature thereof (other than bail bonds) given or executed in the course of business, and any instruments amending or altering the same, and consents to the modification or alteration of any instrument referred to in said bonds or obligations.

**In Witness Whereof,** said FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY have each executed and attested these presents and affixed their corporate seals on this 1st day of July, 2005.

_____          _____
Peter Fitterer, Assistant Secretary          Amelia C. Lynch, Vice President

STATE OF NEW JERSEY  } ss.
County of Somerset

On this 1st day of July, 2005, before me, a Notary Public of New Jersey, personally came Peter Fitterer, to me known to be Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY, the companies which executed the foregoing Power of Attorney, and the said Peter Fitterer, being by me duly sworn, did depose and say that he is Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY and knows the corporate seals thereof, that the seals affixed to the foregoing Power of Attorney are such corporate seals and were thereto affixed by authority of the By-Laws of said Companies; and that he signed said Power of Attorney as Assistant Secretary of said Companies by like authority; and that he is acquainted with Amelia C. Lynch, and knows her to be Vice President of said Companies; and that the signature of Amelia C. Lynch, subscribed to said Power of Attorney is in the genuine handwriting of Amelia C. Lynch, and was thereto subscribed by authority of said By-Laws and in deponent's presence.

Notarial Seal



_____
Notary Public

**CERTIFICATION**

Extract from the By-Laws of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY:

"All powers of attorney for and on behalf of the Company may and shall be executed in the name and on behalf of the Company, either by the Chairman or the President or a Vice President or an Assistant Vice President, jointly with the Secretary or an Assistant Secretary, under their respective designations. The signature of such officers may be engraved, printed or lithographed. The signature of each of the following officers: Chairman, President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary and the seal of the Company may be affixed by facsimile to any power of attorney or to any certificate relating thereto appointing Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such power of attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding upon the Company with respect to any bond or undertaking to which it is attached."

I, Peter Fitterer, Assistant Secretary of FEDERAL INSURANCE COMPANY, VIGILANT INSURANCE COMPANY, and PACIFIC INDEMNITY COMPANY (the "Companies") do hereby certify that

  (i) the foregoing extract of the By-Laws of the Companies is true and correct,
  (ii) the Companies are duly licensed and authorized to transact surety business in all 50 of the United States of America and the District of Columbia and are authorized by the U.S. Treasury Department; further, Federal and Vigilant are licensed in Puerto Rico and the U.S. Virgin Islands, and Federal is licensed in American Samoa, Guam, and each of the Provinces of Canada except Prince Edward Island; and
  (iii) the foregoing Power of Attorney is true, correct and in full force and effect.

Given under my hand and seals of said Companies at Warren, NJ this 30th day of October, 2007

  

_____
Peter Fitterer, Assistant Secretary

---

IN THE EVENT YOU WISH TO NOTIFY US OF A CLAIM, VERIFY THE AUTHENTICITY OF THIS BOND OR NOTIFY US OF ANY OTHER MATTER, PLEASE CONTACT US AT ADDRESS LISTED ABOVE, OR BY
Telephone (908) 903-3493     Fax (908) 903-3656     e-mail: surety@chubb.com

Form 15-10-0225E (Ed. 7-05) CONSENT WTO

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

                                                         No. 07 CV 9580 (HB)

                   Plaintiffs,

     -against-

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

                   Defendants.
------------------------------------------------------------x

## CERTIFICATE OF SERVICE

        Mark S. Lafayette, an attorney duly admitted to practice before the Courts of the State of New York, hereby certifies, as follows:

        On the 31st day of October, 2007, I caused to be served a true and correct copy of the attached Temporary Restraining Order Bond By Electronic Mail and regular mail through the U.S. Postal Service upon:

Sudeepto Datta  
Global Brands Marketing, Inc.  
6410 Via Real  
Carpinteria, California 93013  
'kdatta@gbmi.net'

Mark N. Parry, Esq.  
Moses & Singer LLP  
The Chrysler Building  
405 Lexington Avenue  
New York, New York 10174-1299  
mparry@mosessinger.com

Daniel P. Shapiro, Esq.  
Goldberg Kohn  
55 Monroe Street  
Suite 3300  
Chicago, IL 60603-5792  
daniel.shapiro@goldbergkohn.com  
Attorneys for Defendant Greystone

Dated: October 31, 2007  
       New York, New York

                                                                   Mark S. Lafayette

{00302266.DOC;}