# MOSES & SINGER LLP

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Mark N. Parry
Direct: 212.554.7876  212.554.7700
mparry@mosessinger.com

November 12, 2007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/1/07

NOV 1 3 2007

**VIA FACSIMILE**

The Honorable Harold Baer, Jr.
United States District Court
United States Court House
500 Pearl Street
New York, New York  10007

Re:  **Diesel Props, S.R.I.., et al. v. GBMI, et al., 07 CV 9580 (HB)**

Dear Judge Baer:

We represent defendant Greystone Business Credit II LLC ("Greystone") in the above-referenced action.

We write on consent of plaintiffs and Greystone to respectfully request that the Court continue the pre-trial conference currently scheduled for November 19, 2007, to the first available date during the week of December 3, 2007.  The parties have also agreed to extend Greystone's time to answer or otherwise respond to the complaint until the date of the adjourned pre-trial conference.  The parties will prepare a draft of Your Honor's Pre-Trial Scheduling Order in advance of any new pre-trial conference date.

Thank you for your attention to this matter.

Respectfully yours,

Mark N. Parry

11/14/07

Pre adjourned to
Dec 3 at 3:00 PM
So ORDERED

USDJ

cc:    Ira S. Sachs, Esq.
       Mark S. Lafayette, Esq.
       Daniel Shapiro, Esq.

652647