UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                               :

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,
                                                               :    Docket No. 07 CV 9580

        Plaintiffs/Counter-Defendants,    :    (HB)

v.                                                  :

                                                              :    **RULE 7.1**
GREYSTONE BUSINESS CREDIT II LLC    :    **DISCLOSURE STATEMENT**
and GLOBAL BRAND MARKETING INC.,

        Defendants/Counter-Plaintiffs

v.

DIESEL S.p.A.

        Third-Party Defendant
---------------------------------------------------------------- X

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Greystone Business Credit II, L.L.C. (a private nongovernmental party) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party, which are publicly held: None.

Dated: December 3, 2007
       New York, New York

                                      MOSES & SINGER LLP

                            By: __/s/ Mark N. Parry_____
                                      Mark N. Parry (MP-0827)
                                      Erica D. Busch (EB-9379)
                                      405 Lexington Avenue
                                      New York, New York 10174-1299
                                      Tel.: 212-554-7800
                                      Fax: 212-554-7700
                                      mparry@mosessinger.com
                                      *Attorneys for Defendant Greystone*
                                      *Business Credit II, L.L.C.*

658342