UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

       Plaintiffs/Counter-Defendants,

       v.

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

       Defendants/Counter-Plaintiffs

       v.

DIESEL S.p.A.

       Third-Party Defendant

Docket No. 07 CV 9580 (HB)

**AFFIRMATION OF SERVICE**

    I, Erica D. Busch, declare under penalty of perjury that I have served a copy of the attached:

- **Answer, Counterclaims and Third-Party Complaint**
- **Rule 7.1 Disclosure Statement**

dated December 3, 2007 upon:

    Ira S. Sacks, Esq.
    Dreier LLP
    499 Park Avenue
    New York, NY 1002

by electronic mail and by depositing the same, properly enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the City and State of New York.

658419

1

Dated: New York, New York
       December 3, 2007

                                    /s/ Erica D. Busch
                                       Erica D. Busch
Moses & Singer LLP
405 Lexington Avenue
New York, New York 10174-1299
Tel.: 212-554-7800
Fax: 212-554-7700

658419        2