# MOSES & SINGER LLP

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Mark N. Parry
Direct: 212.554.7876   212.554.7700
mparry@mosessinger.com

November 28, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/07
```

**VIA FACSIMILE**

The Honorable Harold Baer, Jr.
United States District Court
United States Court House
500 Pearl Street
New York, New York 10007

NOV 28 2007

U.S.D.J. JUDGE
S.D.N.Y.

Re: **Diesel Props, S.R.L., *et al.* v. GBMI, *et al.*, 07 CV 9580 (HB)**

Dear Judge Baer:

On October 29, 2007, this Court (Rakoff, J., sitting as emergency judge) entered a temporary restraining order placing limitations on the sale of certain products by defendants Greystone Business Credit II, L.L.C. ("Greystone") and Global Brand Marketing, Inc. The Court scheduled a preliminary injunction hearing for November 19, 2007.

On November 8, 2007, Plaintiffs withdrew their motion for preliminary injunction. By letter endorsement, the Court acknowledged the withdrawal of the motion.

Although the Court's endorsement did not mention the temporary restraining order, Greystone believes Plaintiffs' withdrawal of their preliminary injunction motion immediately dissolved the order and that, in any event, the Court did not intend for the order to extend beyond November 19, 2007. See Fed. R. Civ. P. 65(b) (stating that a temporary restraining order may not exceed ten days and that "when the motion comes on for hearing the party who obtained the temporary restraining order shall proceed with the application for a preliminary injunction and, if the party does not do so, the court shall dissolve the temporary restraining order"). Nonetheless, in an abundance of caution, Greystone seeks the Court's confirmation that the temporary restraining order is dissolved.

Greystone therefore respectfully requests that the Court endorse this letter to confirm dissolution of the temporary restraining order or, in the alternative, schedule a hearing at the earliest possible date and time to address the continuing viability of that order.

Respectfully yours,

Mark N. Parry

cc: Ira S. Sacks, Esq.
    Daniel Shapiro, Esq.

[Handwritten endorsement: 12/3/07 This will confirm that the TRO is dissolved and that Greystone has consented to the complaint. So ordered. Baer, J. USDJ]

657191

Endorsement:

   This will constitute confirmation that the TRO is dissolved and that the amended complaint is consented to.