UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

                                          :

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

           Plaintiffs/Counter-Defendants,    :   Docket No. 07 CV 9580
                                        :   (HB)

          v.

                                        :   **AMENDED RULE 7.1**

GREYSTONE BUSINESS CREDIT II LLC   :   **DISCLOSURE STATEMENT**
and GLOBAL BRAND MARKETING INC.,

           Defendants/Counter-Plaintiffs

          v.

DIESEL S.p.A.

           Third-Party Defendant

---------------------------------------------------------------- X

        Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule

1.9) and to enable Judges and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned counsel for Defendant Greystone Business

Credit II, L.L.C., whose corporate parent is Greystone Real Estate Holdings Corp. (a

private nongovernmental party), certifies that the following are corporate parents,

affiliates, and/or subsidiaries of said party, which are publicly held:

None.

658342

Dated: December 12, 2007
New York, New York

MOSES & SINGER LLP

By: __/s/ Mark N. Parry_____
Mark N. Parry (MP-0827)
Erica D. Busch (EB-9379)
405 Lexington Avenue
New York, New York 10174-1299
Tel.: 212-554-7800
Fax: 212-554-7700
mparry@mosessinger.com
*Attorneys for Defendant Greystone*
*Business Credit II, L.L.C.*

658342