Form 27 - GENERAL PURPOSE

MOSES & SINGER LLP
ATTN:

U.S. SOUTHERN DIST. COURT   NEW YORK COUNTY

---

DIESEL PROPS S.R.L, ETANO                        plaintiff

      - against -

GREYSTONE BUSINESS CREDIT II LLC,   defendant
ETANO

---

Index No. 07CV9580(HB)

Date Filed ..........

Office No.

Court Date:   / /

STATE OF NEW YORK, COUNTY OF NEW YORK   :SS:

**STANLEY P. TOMASETTI**  being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
 That on the **17th** day of **December, 2007** at **02:57 PM.**, at
**%DIESEL (NEW YORK) SOHO 135 SPRING ST**
**NEW YORK, NY 10012**
I served a true copy of the
 **THIRD PARTY**
 **SUMMONS**
 **ANSWERS COUNTERCLAIMS & THIRD PARY COMPLAINT**

upon **DIESEL S.P.A.**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
 **KATHERINE PALMIERI, ASSISTANT MANAGER**

a true copy of each thereof.
 Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
| | | |
|---|---|---|
| SEX: **FEMALE** | COLOR: **WHITE** | HAIR: **BROWN** |
| APP. AGE: **27** | APP. HT: **5:6** | APP. WT: **115** |

OTHER IDENTIFYING FEATURES:

Sworn to before me this
18th day of December, 2007k

JOEL GOLUB
Notary Public, State of New York
No. 01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

.................
STANLEY P. TOMASETTI   1192468
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7M&S99817

Form 27 - GENERAL PURPOSE
**MOSES & SINGER LLP**
**ATTN:**
U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY
--------------------------------------------------------

Index No. **07CV9580(HB)**

DIESEL PROPS S.R.L, ETANO                    plaintiff

Date Filed ............

         - against -

Office No.

GREYSTONE BUSINESS CREDIT II LLC,    defendant
ETANO

Court Date:   / /

--------------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK          :SS:

**STANLEY P. TOMASETTI**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the **17th day of December, 2007**      at **02:57 PM.**,         at
    **%DIESEL (NEW YORK)SOHO 135 SPRING ST**
    **NEW YORK, NY 10012**
I served a true copy of the
    **THIRD PARTY**
    **SUMMONS**
    **ANSWERS COUNTERCLAIMS & THIRD PARY COMPLAINT**

upon **DIESEL S.P.A.**
**the DEFENDANT** therein named,
by delivering to, and leaving personally with
    **KATHERINE PALMIERI, ASSISTANT MANAGER**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
    SEX: **FEMALE**       COLOR: **WHITE**       HAIR: **BROWN**
    APP. AGE: **27**      APP. HT: **5:6**       APP. WT: **115**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
18th  day of  December, 2007k


JOEL GOLUB
Notary Public, State of New York
    No.01G04751136
Qualified in NASSAU COUNTY
Commission Expires 12/31/2009

STANLEY P. TOMASETTI  1192468
AETNA CENTRAL JUDICIAL SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7M&S99817