MOSES & SINGER LLP

405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800 Fax: 212.554.7700
www.mosessinger.com

Mark N. Parry
Direct: 212.554.7876  212.554.7700
mparry@mosessinger.com

December 21, 2007



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/24/07

**VIA FACSIMILE**
The Honorable Harold Baer, Jr.
United States District Court
United States Court House
500 Pearl Street
New York, New York 10007

Re:  **Diesel Props, S.R.L., et al. v. GBMI, et al., 07 CV 9580 (HB)**

Dear Judge Baer:

On December 4, 2007, Plaintiffs Diesel Props, S.R.L. and Diesel Kid, S.R.L. (collectively, "Diesel") filed their Amended Complaint against Defendants Greystone Business Credit II, L.L.C. ("Greystone") and Global Brand Marketing, Inc. ("GBMI"). Greystone's answer to the Amended Complaint is due today, December 21, 2007.

Due to the holidays, Greystone has requested, and Diesel's counsel has agreed to, an extension of time for Greystone's answer to the Amended Complaint. Greystone and Diesel have agreed, subject to the Court's consent, that Greystone's answer to the Amended Complaint will now be due on Wednesday, January 9, 2007. This change is not intended for delay and will not affect any other deadlines in the case.

Greystone respectfully requests that the Court endorse this letter and "so order" that the new deadline for Greystone's answer to the Amended Complaint is January 9, 2007.

Thank you.

Respectfully yours,

Mark N. Parry

cc: Ira S. Sachs, Esq.
    Mark S. Lafayette, Esq.
    Daniel Shapiro, Esq.

Granted. Answer
due 1/9/08.
So ordered.

[signature] 12/21/07

662637v1  011338.0101