AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

APPEARANCE

DIESEL PROPS S.R.L. AND DIESEL KID S.R.L.
V.
GREYSTONE BUSINESS CREDIT II LLC AND GLOBAL BRAND MARKETING INC.

Case Number: No. 07 CV 9580 (HB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GLOBAL BRAND MARKETING INC.

I certify that I am admitted to practice in this court.

December 21, 2007
Date

Signature
MICHAEL J. TIFFANY         9367
LEADER & BERKON LLP
Print Name                 Bar Number

630 Third Avenue, 17th Floor
Address

NEW YORK, NEW YORK 10017
City        State        Zip Code

(212) 486-2400     (212) 486-3099
Phone Number       Fax Number