UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

       Plaintiffs/Counter-Defendants,

       v.

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

       Defendants/Counter-Plaintiffs

       v.

DIESEL S.p.A.

       Third-Party Defendant

Docket No. 07 CV 9580 (HB)

**AFFIRMATION OF SERVICE**

I, Erica D. Busch, declare under penalty of perjury that on January 9, 2008, I have served a copy of the attached:

- **Answer to Amended Complaint, Counterclaims and Third-Party Complaint**

dated January 9, 2008 upon:

    Ira S. Sacks, Esq.
    **Dreier LLP**
    499 Park Avenue
    New York, NY 10022
    212 652 3730
    Fax: (212) 328 6101
    *Attorney for Diesel Props, S.R.L. and Diesel Kid S.R.L.*

658419                                                                            1

        Glen A. Silverstein, Esq.
        Michael J. Tiffany, Esq.
        **Leader & Berkon LLP**
        630 Third Avenue, 17th Floor
        New York, NY 10017
        (212) 486-2400
        Fax: (212) 486-3099

        *Attorneys for Global Brand Marketing, Inc.*

by facsimile mail and by depositing the same, properly enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the City and State of New York.

Dated: New York, New York
       January 9, 2008

          /s/ Erica D. Busch
          Erica D. Busch (EB-9379)
        Moses & Singer LLP
        405 Lexington Avenue
        New York, New York 10174-1299
        Tel.: 212-554-7800
        Fax: 212-554-7700