UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

        Plaintiffs/Counter-Defendants,

v.

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

        Defendants/Counter-Plaintiffs

v.

DIESEL S.p.A.

        Third-Party Defendant

Civil Action No. 07 CV 9580 (HB)

**RULE 7.1 STATEMENT**

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Global Brand Marketing Inc. ("GBMI"), states that GBMI has no parent company and no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       January 9, 2008

                        LEADER & BERKON LLP

                        By: _____
                            GLEN SILVERSTEIN (GS 9174)
                            MICHAEL J. TIFFANY (MT 9367)
                            630 Third Avenue
                            New York, New York 10017
                            *Attorneys for Global Brand*
                            *Marketing, Inc.*