UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

      Plaintiffs/Counter-Defendants,

v.

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

      Defendants/Counter-Plaintiffs

v.

DIESEL S.p.A.

      Third-Party Defendant

Civil Action No. 07 CV 9580 (HB)

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern District and Eastern Districts of New York, I, Mark N. Parry, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Daniel Peter Shapiro
    Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.
    55. E. Monroe Street, Suite 3300
    Chicago, Illinois 60603
    Phone: 312.201.4000
    Facsimile: 312.863.7417

Daniel P. Shapiro is a member in good standing of the Bar of the States of Illinois, Eastern District of Michigan, South Carolina - Anderson Division, 4th Circuit Court of Appeals, 7th Circuit Court of Appeals, 9th Circuit Court of Appeals, and the 11th Circuit Court of Appeals. Mr. Shapiro's certificate of good standing from the State of Illinois is attached hereto as Exhibit A.

-2-

There are no pending disciplinary proceedings against Daniel P. Shapiro in any State or Federal court.

Dated: New York, New York
      January 10, 2008

                                  Respectfully submitted,

By: _____
      Mark N. Parry (MP-0827)
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 554-7800
mparry@mosessinger.com
ebusch@mosessinger.com
*Attorneys for Defendant*
  *Greystone Business Credit II, LLC*

-2-

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Daniel Peter Shapiro

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 1, 1982 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, January 04, 2008.

*Juleann Hornyak*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

      Plaintiffs/Counter-Defendants,

v.

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

      Defendants/Counter-Plaintiffs

v.

DIESEL S.p.A.

      Third-Party Defendant

Civil Action No. 07 CV 9580 (HB)

**AFFIDAVIT OF MARK N. PARRY IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

State of New York  )
                     ) ss:
County of New York )

Mark N. Parry, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Moses & Singer, LLP, counsel for Defendant/Counter-Plaintiff Greystone Business Credit II LLC, in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant/Counter-Plaintiff Greystone Business Credit II LLC's motion to admit Daniel P. Shapiro as counsel *pro hac vice* to represent Defendant/Counter-Plaintiff Greystone Business Credit II LLC in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1983. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Daniel P. Shapiro since 2004.

4. Daniel P. Shapiro is an attorney at the law firm of Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd., in Chicago, Illinois.

5. I have found Mr. Shapiro to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Daniel P. Shapiro, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Daniel P. Shapiro, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Daniel P. Shapiro, *pro hac vice*, to represent Defendant/Counter-Plaintiff Greystone Business Credit II LLC in the above captioned matter, be granted.

Dated: New York, New York
January 10, 2008

SWORN TO BEFORE ME this
10th day of January, 2008

*Kerwyn Welch*
NOTARY PUBLIC

KERWYN WELCH
NOTARY PUBLIC, State of New York
No. 01WE4965679
Qualified in Queens County
Certificate Filed in New York County
Commission Expires April 23, 2010

Respectfully submitted,

*Mark Parry*
Mark N. Parry (MP-0827)
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 554-7800
mparry@mosessinger.com
*Attorneys for Defendant
Greystone Business Credit II, L.L.C.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

      Plaintiffs/Counter-Defendants,

v.

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

      Defendants/Counter-Plaintiffs

v.

DIESEL S.p.A.

      Third-Party Defendant

Civil Action No. 07 CV 9580 (HB)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the Motion of Mark N. Parry, attorney for Defendant/Counter-Plaintiff Greystone Business Credit II LLC, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

    Daniel P. Shapiro

    Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.

    55 E. Monroe Street, Suite 3300

    Chicago, Illinois 60603

    Phone: 312.201.3917

    Facsimile: 312.863.7417

    Email address: daniel.shapiro@goldbergkohn.com

is admitted to practice *pro hac vice* as counsel for Defendant/Counter-Plaintiff Greystone Business Credit II LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is

-4-

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
       January ___, 2008

                                                                    _____
                                                                    United States District/Magistrate Judge

-3-

## CERTIFICATE OF SERVICE

I, Mark Parry, an attorney, certifies that on January 10, 2008, I caused a copy **Motion to Admit Counsel Pro Hac Vice** and **Affidavit of Mark N. Parry in Support of Motion to Admit Counsel Pro Hac Vice** to be served by facsimile delivery upon the following:

Ira S. Sacks
**Dreier LLP**
499 Park Avenue
New York, NY 10022
212 652 3730
Fax: (212) 328 6101
*Attorney for Diesel Props, S.R.L. and Diesel Kid S.R.L.*

Glen A. Silverstein
Michael J. Tiffany
**Leader & Berkon LLP**
630 Third Avenue, 17th Floor
New York, NY 10017
(212) 486-2400
Fax: (212) 486-3099
*Attorneys for Global Brand Marketing, Inc.*

_____
Mark N. Parry