AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number: 07 CV 9580

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Greystone Business Credit II, LLC

I certify that I am admitted to practice in this court.

| 1/16/2008 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | Danielle S. Friedberg | DF9679 |
| | Print Name | Bar Number |
| | 405 Lexington Avenue | |
| | Address | |
| | New York | N.Y. | 10174 |
| | City | State | Zip Code |
| | (212) 554-7839 | (917) 206-4358 |
| | Phone Number | Fax Number |