# [EXHIBIT "A" SUBJECT TO MOTION TO PERMIT FILING UNDER SEAL]

Case 1:07-cv-09580-HB-RLE   Document 43-2   Filed 01/22/2008   Page 1 of 1