# [EXHIBIT "A" SUBJECT TO MOTION TO PERMIT FILING UNDER SEAL]

{00322092.DOC;}