01-31-08  11:14am  From-leader
01/30/2008 18:58 FAX                                          @002
JAN-30-2008 16:51     DREIER LLP              212 957 4465   P.02

RECEIVED
FEB 01 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

    Plaintiffs/Counter-Defendants,

v.                                      Civil Action No. 07 CV 9580 (HB)

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,        SO-ORDERED STIPULATION

    Defendants/Counter-Plaintiffs

v.

DIESEL S.p.A.

    Third-Party Defendant

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for plaintiffs Diesel Props S.R.L. and Diesel Kid S.R.L. (collectively "Plaintiffs"), defendants Greystone Business Credit II LLC and Global Brand Marketing Inc. (collectively "Defendants"), and third-party defendant Diesel S.p.A. ("Third-Party Defendant") that Defendants will serve and file their opposition papers to Plaintiffs' and Third-Party Defendant's motions to dismiss the Defendants' counterclaims and to dismiss the third-party complaint on or before February 26, 2008, and that Plaintiffs and Third-Party Defendant will serve and file their reply papers on or before March 18, 2008; and

This Stipulation may be executed by facsimile with the same force and effect as if signed with original signatures.

Dated: January 30, 2008
    New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08

DREIER, LLP

By: /s/
Ira S. Sacks
Mark S. Lafayette
Attorneys for Plaintiffs and Third-Party
Defendant
499 Park Avenue
New York, N.Y. 10022
(212) 328-6100

LEADER & BERKON, LLP

By: /s/
Glen A. Silverstein
Michael J. Tiffany
Attorneys for Defendant Global Brand
Marketing, Inc.
630 Third Avenue
New York, N.Y. 10017
(212) 486-2400

GOLDBERG, KOHN, BELL, BLACK,
ROSENBLOOM & MORITZ, LTD.

By: /s/
Daniel Y. Shapiro  (Pro hac vice)
Stephen H. Locher (Pro hac vice)
Attorneys for Defendant Greystone Business
Credit II LLC
55 East Monroe, Suite 3300
Chicago, IL 60603
(312) 201-4000

MOSES & SINGER, LLP

By: /s/
Mark N. Parry
Danielle S. Friedberg
Attorneys for Defendant Greystone Business
Credit II LLC
405 Lexington Avenue
New York, N.Y. 10174
(212) 554-7800

SO ORDERED:

_____
Hon. Harold Baer, Jr., U.S.D.J.

*I am granting your application to adjourn M/D until 3/18/08 but keep in mind that all other aspects of the PTSO you executed remain in full force & effect & that the trial month of January 09 is sacrosanct.*

SO ORDERED:
/s/ Harold Baer, Jr., U.S.D.J.
2/4/04

Endorsement:

I am granting your application to adjourn the motion to dismiss until 3/18/08 but keep in mind that all other aspects of the PTSO you executed remain in full force and effect and that the trial month of January 09 is sacrosanct.