**MOSES & SINGER LLP**

THE CHRYSLER BUILDING
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800  Fax: 212.554.7700
www.mosessinger.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

*take care of this*

RECEIVED
FEB 20 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

February 19, 2008

<u>Via Facsimile</u>

Honorable Harold Baer, Jr.
United States District Court
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

    Re: **Diesel Props S.R.L et al. v. Greystone Business Credit II LLC et al. v. Diesel S.p.A. (Civil Action No. 07 CV 9580)**

Dear Judge Baer:

  We are local counsel for Defendant Greystone Business Credit II, L.L.C. ("Greystone"), in the referenced matter. We are writing to advise the Court that Erica D. Busch, who appears on the docket sheet as counsel for Greystone, is no longer associated with Moses & Singer, LLP. As a result, we respectfully request that her name be removed from the docket sheet and that her email address be removed from the Court's email notification system.

  Thank you for your attention to this matter.

            Respectfully submitted,

            Danielle S. Friedberg

SO ORDERED
Harold Baer, Jr., U.S.D.J.
2/22/08

673522v1  011338.0101