```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

                  Civil Action No. 07CV9580 (HB)

        Plaintiffs/Counter-Defendants,

**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR A PRELIMINARY INJUNCTION**

-against-

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

        Defendants/Counter-Plaintiffs

-against-

DIESEL S.p.A.

        Third-Party Defendant.
------------------------------------------------------------x

        Upon the Amended Complaint filed herein, the Declaration of Luigi Mezzasoma, dated October 26, 2007, the Declaration of Germano Ferraro, dated October 26, 2007, the Declaration of Rosanna Sartori, dated October 26, 2007, the Declaration of Stephen Birkhold, dated February 8, 2008, the Declaration of Anthony Strippoli, dated February 8, 2008, the Declaration of Ira Sacks, dated February 10, 2008, the Declaration of Carlo Pascotto, dated February 11, 2008, the Declaration of Sudeepto Killick, dated February 11, 2008, the Declaration of Jaime Laguette-Stevens, dated February 11, 2008, the Declaration of Scott Home, dated February 11, 2008, the exhibits to such declarations, the memorandum of law, dated October 26, 2007, the letters submitted by the parties and the exhibits to such letters, and pursuant to the teleconference with Chambers on Wednesday, February 13, 2008, it is hereby

ORDERED that a Temporary Restraining Order is imposed pursuant to Federal Rule of Civil Procedure ("FRCP") Rule 65 temporarily restraining Defendants Global Brand Marketing, Inc. ("GBMI") and Greystone Business Credit II, LLC ("Greystone"), and their officers, members, agents, servants, employees and attorneys and those in active concert or participation with them who receive actual notice of this order, from transferring, selling, distributing or otherwise disposing of the inventory of 101,000 pairs of branded Diesel footwear (the "old GBMI product"); and it is further

ORDERED that Defendants show cause before the Honorable Harold Baer, Jr. at the United States Courthouse, 500 Pearl Street, New York, New York, Courtroom 23B, on February 29, 2008 at 9:30 a.m., why an Order should not be entered pursuant to FRCP Rule 65 preliminarily enjoining GBMI and Greystone, and their officers, members, agents, servants, employees and attorneys and those in active concert or participation with them who receive actual notice of this order, from transferring, selling, distributing or otherwise disposing of the old GBMI product; and it is further

ORDERED that, by 5 p.m. on February 19, 2008, Plaintiffs post a bond in the amount of $1 million (one million dollars) in this action as sufficient security for the payment of costs and damages as may be incurred by any party wrongly enjoined or restrained hereby; and it is further

ORDERED that Plaintiffs' supporting papers and Defendants' opposition papers shall be served by email upon all parties and filed, with a courtesy copy to Chambers, on or before 5 p.m. on February 22, 2008.

Dated: New York, NY
February 13, 2008

_____
Hon. Harold Baer, Jr., U.S.D.J.

2