

# DREIER LLP

### ATTORNEYS AT LAW

**The Gursky Group**

**Ira S. Sacks** *Partner*
Direct 212 652 3730
isacks@dreierllp.com

November 8, 2007

**VIA FACSIMILE**

Honorable Harold Baer, Jr.
United States District Court
United States Court House
500 Pearl Street, Room 2230
New York, NY 10007

**Re:     Diesel Props S.r.l. v. GBMI, 07 CV 9580 (HB)**

Dear Judge Baer:

In light of the ability of defendants to sell Warehouse Product during the time period prior to the scheduled preliminary injunction hearing, and the likelihood that most of the product will have been sold by the time of the preliminary injunction hearing, plaintiffs hereby withdraw their motion for preliminary injunction.

With the Court's permission, however, plaintiffs request that the scheduled November 19 date at 2:00 pm be used instead for an initial pre-trial conference in this matter.

Respectfully,

Ira S. Sacks

ISS/es

cc:     Daniel P. Shapiro, Esq. (via facsimile)
Mark Parry, Esq. (via facsimile)
Sudeepto Datta (via facsimile)

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile 212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com

{00304305.DOC;}