**Jennifer Daddio**

| | |
|---|---|
| **From:** | Ira S. Sacks |
| **Sent:** | Wednesday, November 28, 2007 2:35 PM |
| **To:** | 'Locher, Stephen H.'; 'Shapiro, Dan' |
| **Cc:** | 'mparry@mosessinger.com'; Mark S. Lafayette; Jennifer Daddio; 'Chizewer, David' |
| **Subject:** | Notice of private Sale |
| **Importance:** | High |

All,

I received the notice of private sale today -- postmarked 11/23 and sent certified mail without copy by email or fax.

In order to avoid unnecessary motion practice, and without debating the nature of the notice or the right to conduct such a sale of Diesel branded product, please inform me immediately to whom the private sale is and the details of the Diesel Inventory to be sold.

My best,

Ira

Ira S. Sacks
**DREIER** LLP
499 Park Avenue
16th floor
New York, NY 10022
212 652 3730 (direct)
212 328 6100 (general)
212 328 6101 (fax)
isacks@dreierllp.com
www.dreierllp.com

PRIVILEGED AND CONFIDENTIAL