```
----- Original Message -----
From: Chizewer, David <David.Chizewer@goldbergkohn.com>
To: Ira S. Sacks
Cc: Kohn, Richard <Richard.Kohn@goldbergkohn.com>; Karcazes, Dimitri G.
<Dimitri.Karcazes@goldbergkohn.com>
Sent: Fri Nov 30 13:01:53 2007
Subject: RE: Notice of private Sale
```

Ira:

Greystone does not expect that the private sale (referenced in your email below) will include any Diesel branded inventory. We believe that all Diesel branded inventory will be sold prior to the sale. If it turns out that we do intend to include the Diesel branded inventory in the private sale, we will give you advance notice of that fact as well as the identity of the purchaser.

If you still believe that Diesel needs to know the identity of the purchaser now, please let us know why and the reasoning behind that request, and we will consider it. Thanks.

---

David Chizewer | GOLDBERG KOHN | 55 East Monroe, Suite 3300, Chicago, Illinois 60603 | direct 312.201.3938 | direct fax 312.863.7438 | david.chizewer@goldbergkohn.com | www.goldbergkohn.com <http://www.goldbergkohn.com/>

---

This e-mail is subject to Goldberg Kohn's terms and conditions regarding e-mail, which are available on our web site or by clicking here <http://www.goldbergkohn.com/disclaimer.html> .

---

IRS Circular 230 Disclosure: Unless we have specifically stated to the contrary in writing, any discussion of federal tax issues or submissions in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the United States federal tax laws or (2) promoting, marketing, or recommending to anyone any transaction or matter addressed herein.

---

1