USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

The Gursky Group

Ira S. Sacks *Partner*
Direct 212 652 3730
isacks@dreierllp.com

February 15, 2008



FEB 15 2008

HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

*Via Fax*
Honorable Harold Baer, Jr.
United States District Court
United States Court House
500 Pearl Street, Room 2230
New York, NY 10007

      Re:     Diesel Props S.r.l. v. GBMI, 07 CV 9580 (HB)

Dear Judge Baer:

     This letter is to request the Court's approval for two items as to which counsel have agreed in connection with the pending preliminary injunction motion and the motion to dismiss the counterclaims and third party complaint.

     With respect to the preliminary injunction motion, the parties have agreed, subject to the Court's approval, to a 35 page limit with respect to the briefs that are due on February 22, 2008. The parties believe the additional pages are appropriate in light of the issues involved and the absence of reply briefs.

     With respect to the pending motion to dismiss the counterclaims and third party complaint, Greystone and GBMI previously requested a three week extension of time, to and including February 26, 2008, to file and serve opposition papers, and, correspondingly, a three week extension to and including March 18, 2008 for filing and serving of reply papers. As a result of the preliminary injunction briefing and hearing, Greystone and GBMI have requested, and plaintiffs and third party defendants have agreed, to an additional one week extension. As a result, Greystone and GBMI would file and serve opposition papers on March 4, 2008 and reply papers would be filed and served on March 25, 2008.

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile 212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com

{00329831.DOC:}

Thank you for your consideration.

Respectfully,

Ira S. Sacks

ISS/es

cc: Daniel P. Shapiro, Esq. (via fax)
Mark Parry, Esq. (via fax)
Glen Silverstein, Esq. (via fax)

*So long as you understand that the balance of the PTSO remains in full force + effect the 3/4 + 3/25 dates are acceptable to me*

Harold Baer, Jr., U.S.D.J.

Date: 2/22/04

Endorsement:

So long as you understand that the balance of the PTSO remains in full force and effect the 3/4 and 3/25 dates are acceptable to me.