# Exhibit A (part III)

Greystone Business Credit II LLC

**Exhibit B**

RESTRUCTURING PLAN

See Attached

# GBMI Forecast 2007

| | 2002 | 2006P | 2007F | change 06/07 | |
|---|---|---|---|---|---|
| Revenue | $123.8 | $109.0 | $126.6 | $17.6 | |
| Cost Of Sales* | 78.0 | 88.4 | 90.4 | 2.0 | |
| Gross Profit | 45.8 | 20.6 | 36.2 | 15.6 | |
| *GM %* | *37%* | *19%* | *29%* | *10%* | |
| **OPEX** | | | | | |
| Compensation | 16.9 | 22.2 | 19.0 | (3.2) | |
| Rent | 1.1 | 4.6 | 3.7 | (0.9) | See schedule attached |
| Tradeshows/Conferences | 2.3 | 0.9 | 1.0 | 0.1 | |
| Domestic Samples | 0.0 | 0.5 | 1.0 | 0.5 | |
| Advertising | 0.8 | 0.3 | 0.5 | 0.2 | |
| Meals,Travel, Lodging | 1.5 | 2.0 | 1.7 | (0.3) | |
| Bank/Factor Fees | 1.0 | 0.8 | 0.9 | 0.1 | |
| Other | 2.3 | 5.4 | 3.4 | (2.0) | See schedule attached |
| **OPEX Total** | 25.9 | 36.7 | 31.2 | (5.5) | |
| Retail | 0.0 | 3.0 | 3.6 | 0.6 | Increase due to Topanga store opening Oct. 2006 |
| **Opex Total less Retail** | 25.9 | 33.7 | 27.6 | (6.1) | |
| EBITDA | $19.9 | ($16.1) | $5.0 | $21.1 | |
| **Additional expense cuts planned** | | | | | |
| India Office Closing | | | (0.4) | (0.4) | In process complete by 12/31/06 |
| Relocate from Hollister facility | | | (0.4) | (0.4) | In process complete by 12/31/06 |
| Additional IT expenses | | | (0.4) | (0.4) | TBD to be done by 12/31/06 |
| Eliminate unprofitable Kids store | | | (0.2) | (0.2) | In process complete by 12/31/06 |
| Lower compensation and related expenses | | | (2.1) | (2.1) | TBD to be done by 12/31/06 |
| Total additional expense cuts targeted. | 0.0 | 0.0 | (3.5) | (3.5) | |
| **Adjusted OPEX Total** | 25.9 | 36.7 | 27.7 | (9.0) | |
| Adjusted EBITDA | $19.9 | ($16.1) | $8.5 | $24.6 | |

*Cost Of Sales includes Royalty

# GBMI Forecast 2007

| | | Monthly | Annual | | | | |
|---|---|---|---|---|---|---|---|
| Lexington Building Co., LLC | | $ 57,653.00 | $ 691,836.00 | 11th floor | | | |
| La Patera Investors | | $ 27,488.48 | $ 329,861.76 | Samples Warehouse | | | |
| | Sublease | $ (23,043.00) | $ (276,516.00) | Sublease Samples Warehouse | | | |
| Morris & Gloria (retail location) | | $ 11,348.22 | $ 136,178.64 | GF Adults | | | |
| Matteson Goleta Investors | | $ 158,292.94 | $ 1,899,515.28 | GBMI | 0.25 | $ 474,878.82 | $ 39,573.24 |
| Three West Carrillo Partners | | $ 8,074.00 | $ 96,888.00 | GF Kids | | | |
| Chelsea Las Vegas | | $ 13,849.11 | $ 166,189.32 | GF Las Vegas | | | |
| Westside Properties 2, LLC | | $ 31,619.09 | $ 379,429.08 | GF Santa Monica | | | |
| American Communications, LLC | | $ 10,000.00 | $ 120,000.00 | Goleta Warehouse Castillian | | | |
| Camarillo Outlet Center | | $ 17,590.76 | $ 211,089.12 | GF Camarillo | | | |
| Topanga | | $ 19,317.22 | $ 231,806.64 | GF Topanga rent started Oct 6 2006 | | | |
| China | | $ 6,500.00 | $ 78,000.00 | | | | |
| Taiwan | | $ 1,563.00 | $ 18,750.00 | | | | |
| India | | $ 2,206.00 | $ 26,472.00 | | | | |
| Europe | | $ 6,200.00 | $ 74,400.00 | | | | |
| Totals | | $ 348,658.82 | $ 4,183,899.84 | | | | |
| | | | | | | | |
| Retail | | $ 101,798.40 | $ 1,221,580.80 | | | | |
| | | | | | | | |
| Savings forecasted | | | | | | | |
| Sublease 7FAM | | $ (5,000.00) | $ (60,000.00) | | | | |
| Sublease Hollister - Other Efficiencies | | $ (39,573.24) | $ (356,159.12) | | | | |
| *25% of the building for 9 months.* | | | | | | | |
| | | $ 304,085.59 | $ 3,767,740.73 | | | | |
| | | | | | | | |
| Additional savings forecasted | | | | | | | |
| Relocated from Hollister Facility | | $ (33,333.33) | $ (400,000.00) | | | | |

# GBMI Forecast 2007

| $K | 2006 P | 2007 P | Variance | 2002 | 2003 | 2004 | 2005 |
|---|---|---|---|---|---|---|---|
| Other R&D | 54,167 | 75,000 | 20,833 | 68,464 | 49,278 | 87,371 | 110,273 |
| Printing | 65,453 | 50,000 | (15,453) | 72,948 | 172,270 | 99,386 | 99,361 |
| Personnel/Recruiting/Education | 423,759 | 100,000 | (323,759) | 536,410 | 895,890 | 534,148 | 395,735 |
| Sales Commissions | 130,239 | 150,000 | 19,761 | N/A | N/A | N/A | 132,994 |
| Telephone | 275,882 | 200,000 | (75,882) | 215,354 | 167,442 | 175,835 | 207,218 |
| Utilities | 143,334 | 100,000 | (43,334) | 58,092 | 176,703 | 201,902 | 171,615 |
| Insurance | 420,264 | 389,680 | (30,584) | 125,615 | 340,128 | 234,306 | 269,167 |
| Legal & Accounting Fees | 905,160 | 250,000 | (655,160) | 323,428 | 536,811 | 684,915 | 820,669 |
| Consulting & Temporary Service | 1,065,167 | 150,000 | (915,167) | 160,925 | 376,962 | 254,243 | 441,608 |
| Supplies | 345,669 | 230,000 | (115,669) | 138,259 | 280,035 | 345,740 | 348,070 |
| Equipment Rental/Lease | 336,348 | 300,000 | (36,348) | 126,867 | 268,141 | 336,315 | 389,966 |
| Postage | 182,700 | 200,000 | 17,300 | 169,028 | 142,681 | 277,331 | 228,208 |
| Repairs & Maintenance | 343,320 | 180,000 | (163,320) | 77,735 | 237,366 | 228,670 | 337,515 |
| Dues & Subscriptions | 140,483 | 100,000 | (40,483) | 69,149 | 62,576 | 186,551 | 173,920 |
| Taxes & Licenses | 169,390 | 120,000 | (49,390) | 8,213 | 38,218 | 88,763 | 78,977 |
| Outside Services | 882,986 | 600,000 | (282,986) | 261,137 | 410,635 | 725,398 | 790,531 |
| AR Dilution Expense | 222,476 | 210,000 | (12,476) | 18,520 | 240,000 | 240,000 | 247,444 |
| Other Offset | (700,000) | - | 700,000 | | | | |
| Total* | 5,406,797 | 3,404,680 | (2,002,117) | 2,430,144 | 4,395,138 | 4,700,874 | 5,243,269 |

5.1 for Other expenses was low estimate on Preso.

| | Fcst Jan | Fcst Feb | Fcst Mar | Fcst Apr | Fcst May | Fcst Jun | Fcst Jul | Fcst Aug | Fcst Sep | Fcst Oct | Fcst Nov | Fcst Dec | Fcst 2007 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Headcount | | | | | | | | | | | | | | |
| Total Net Revenue | 8,221,915 | 8,854,370 | 8,221,915 | 6,840,111 | 9,332,087 | 18,848,549 | 14,431,830 | 11,088,083 | 8,854,370 | 7,589,460 | 11,024,827 | 13,339,004 | 126,646,519 | |
| Total COS | 5,635,062 | 6,068,528 | 5,635,062 | 4,688,014 | 6,395,942 | 12,918,249 | 9,891,158 | 7,599,451 | 6,068,528 | 5,201,596 | 7,556,097 | 9,142,166 | 86,799,852 | 90,375,242 |
| Total Gross Profit | 2,586,853 | 2,785,842 | 2,586,853 | 2,152,097 | 2,936,145 | 5,930,300 | 4,540,672 | 3,488,632 | 2,785,842 | 2,387,864 | 3,468,730 | 4,196,837 | 39,846,668 | 36,271,277 |
| Operating Expenses: | | | | | | | | | | | | | | |
| *Compensation* | 1,353,000 | 1,353,000 | 1,369,500 | 1,369,500 | 1,369,500 | 1,369,500 | 1,369,500 | 1,369,500 | 1,369,500 | 1,402,500 | 1,402,500 | 1,402,500 | 16,500,000 | |
| *Payroll Taxes* | 82,500 | 82,500 | 82,500 | 82,500 | 82,500 | 82,500 | 82,500 | 82,500 | 82,500 | 82,500 | 82,500 | 82,500 | 990,000 | |
| *Benefits* | 128,176 | 128,176 | 128,176 | 128,176 | 128,176 | 128,176 | 128,176 | 128,176 | 128,176 | 128,176 | 128,176 | 128,176 | 1,538,117 | |
| *Rent* | 304,251 | 304,251 | 304,251 | 304,251 | 304,251 | 304,251 | 304,251 | 304,251 | 304,251 | 304,251 | 304,251 | 304,251 | 3,651,016 | |
| *Depreciation & Amortization* | 254,892 | 254,892 | 254,892 | 254,892 | 254,892 | 254,892 | 254,892 | 254,892 | 254,892 | 254,892 | 254,892 | 254,892 | 3,058,708 | |
| *Tradeshows/Conferences* | | 250,000 | | | 250,000 | | | 250,000 | | | 250,000 | | 1,000,000 | |
| *Domestic Samples* | | | | | 500,000 | | | | | | | 500,000 | 1,000,000 | |
| *Advertising* | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 41,667 | 500,000 | |
| *Travel & Lodging* | 41,667 | 241,667 | 141,667 | 91,667 | 191,667 | 141,667 | 41,667 | 241,667 | 141,667 | 91,667 | 191,667 | 141,667 | 1,700,000 | |
| *Bank/Factor Fees* | 58,500 | 65,000 | 58,500 | 48,668 | 46,399 | 134,110 | 102,684 | 78,893 | 63,000 | 54,000 | 78,443 | 94,509 | 901,107 | |
| *Other* | 288,529 | 288,529 | 288,529 | 288,529 | 288,529 | 288,529 | 288,529 | 288,529 | 288,529 | 288,529 | 288,529 | 288,529 | 3,462,352 | |
| Royalty Expense | 232,115 | 249,970 | 232,115 | 193,105 | 263,457 | 532,118 | 407,429 | 313,031 | 249,970 | 214,260 | 311,245 | 376,577 | 3,575,391 | |
| Operating Expenses | 2,785,298 | 3,257,653 | 2,901,798 | 2,802,956 | 3,741,038 | 3,277,411 | 3,021,296 | 3,353,106 | 2,924,153 | 2,862,443 | 3,393,871 | 3,616,668 | 37,876,690 | 31,242,391 |
| Income from Continuing Operations | (198,445) | (471,811) | (314,945) | (650,859) | (804,893) | 2,652,889 | 1,519,376 | 135,526 | (138,311) | (474,579) | 134,860 | 581,169 | 1,969,978 | |
| Interest Expense | (94,914) | (102,215) | (94,914) | (78,962) | (107,730) | (217,585) | (166,601) | (128,001) | (102,215) | (87,613) | (127,271) | (153,986) | (1,462,009) | |
| Other Income (Expense) | 327,544 | 234,889 | 363,134 | 210,474 | 312,909 | 433,752 | 381,439 | 462,196 | 156,203 | 111,169 | 283,727 | 477,615 | 3,755,051 | |
| NET INCOME before Taxes | (293,359) | (574,026) | (409,859) | (729,821) | (912,623) | 2,435,301 | 1,352,775 | 7,525 | (240,526) | (562,191) | 7,589 | 427,183 | 507,969 | |
| Provision for Income Taxes | (188,724) | (369,283) | (263,671) | (469,509) | (587,110) | 1,566,681 | 870,269 | 4,841 | (154,736) | (361,670) | 4,882 | 274,816 | 326,787 | |
| Net Income after Tax | (104,635) | (204,743) | (146,188) | (260,312) | (325,513) | 868,620 | 482,506 | 2,684 | (85,791) | (200,522) | 2,707 | 152,367 | 181,182 | |
| EBITDA | 56,447 | (216,919) | (60,053) | (395,966) | (550,001) | 2,907,781 | 1,774,269 | 390,418 | 116,581 | (219,686) | 389,782 | 836,061 | 5,028,686 | |

Assumptions
Gross margin based on a blended 39%
Headcount does not increase throughout the year
4% Salary Increase over the year
Revenue Spread based on 2005 allocation
2 Major Tradeshows, and Conf's a year
Interest Expense based on 1.9% of Net Revenue
Bank and Factor Fees based on .6% of Net Revenue
Royalties based on Min's and % of Revenue

## GBMI 2006 Income Statement

| $K | Actuals Jan | Actuals Feb | Actuals Mar | Actuals Apr | Actuals May | Actual Jun | Actual Jul | Actual Aug | Actual Sep | Fcst Oct | Fcst Nov | Fcst Dec | Fcst 2006 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Domestic | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [redacted] |
| International | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] | |
| TOTAL Gross Revenue | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Returns & Allowances | | | | | | | | | | | | | | |
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| Discounts | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Returns/Allowances | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| TOTAL Returns & Allow. | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| TOTAL Net Revenue | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| | | | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | | |
| Cost Of Revenue | | | | | | | | | | | | | | |
| | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | [illegible] | | |
| Freight/Customs/Duties | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Warehouse/Fulfillment | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Cost of Materials | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| TOTAL Cost Of Revenue | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | |
| TOTAL Gross Profit | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Operating Expenses | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Salaries - R&D | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Other R&D | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| TOTAL R & D Exp. | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Advertising - Sales | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Domestic Samples | [illegible] | [illegible] | [illegible] | - | - | - | [illegible] | [illegible] | [illegible] | - | - | - | [illegible] | |
| Tradeshows/Conferences | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | - | [illegible] | |
| Printing | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Promotional/Giveaway Materials | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Personnel/Recruiting/Education | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Travel/Lodging/Meals/Auto | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Salaries - Sales | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Sales Commissions | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Royalties | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| TOTAL Sales & Mkt Exp. | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| | | | | [illegible] | [illegible] | | | | | | | | | |
| Rent | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Telephone | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Utilities | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Insurance | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Legal & Accounting Fees | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Consulting & Temporary Service | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Supplies | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Equipment Rental/Lease | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Postage | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Repairs & Maintenance | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Dues & Subscriptions | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Depreciation & Amortization | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Bank Fees | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Taxes & Licenses | [illegible] | [illegible] | [illegible] | [illegible] | - | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Outside Services | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Salaries - G&A | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Payroll Taxes | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Benefits | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| AR Division Expense | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Domestic LC Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | |
| Miscellaneous | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| TOTAL G&A Exp. | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| | | | | | | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| TOTAL Operating Expenses | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| NET INCOME from Operations | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Other Income & Expense | | | | | | | | | | | | | | |
| Management Services | [illegible] | [illegible] | [illegible] | - | - | - | - | - | - | - | - | - | [illegible] | |
| Contractual Revenue | [illegible] | [illegible] | - | - | - | - | - | - | [illegible] | - | - | - | [illegible] | |
| Operating Gain/(Loss) | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | - | [illegible] | [illegible] | [illegible] | - | - | - | [illegible] | |
| Interest Income | [illegible] | [illegible] | [illegible] | - | [illegible] | - | [illegible] | [illegible] | [illegible] | - | - | - | [illegible] | |
| Interest Expense | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Other Income/(Expense) | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| TOTAL Other Income & Exp. | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| NET INCOME before Taxes | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| Provision for Taxes | - | [illegible] | [illegible] | [illegible] | - | | [illegible] | | | - | - | - | [illegible] | |
| NET INCOME (LOSS) | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |

[illegible]

[illegible]

[illegible]

Note: financial statements are subject to adjustment resulting from completion of the 2006 audit


Greystone Business Credit II LLC

## Exhibit C

## CLOSING CHECKLIST

See Attached

# GREYSTONE BUSINESS CREDIT II LLC

## CLOSING CHECKLIST

**Global Brand Marketing Inc.**

**$25,000,000 Secured Loan**

**CLOSING DATE: December 4, 2006**

| | |
|---|---|
| LENDER: | GREYSTONE BUSINESS CREDIT II LLC ("GBC")<br>152 West 57th Street, 60th Floor<br>New York, New York 10019 |
| LENDER'S COUNSEL: | GOLDBERG, KOHN, BELL, BLACK, ROSENBLOOM & MORITZ, LTD.<br>55 East Monroe Street, Suite 3700<br>Chicago, Illinois 60603<br>Attn: Richard M. Kohn and William A. Starshak<br>Telephone No.: (312) 201-4000<br>Facsimile No.: (312) 332-2196 |
| BORROWER: | GLOBAL BRAND MARKETING INC. ("Borrower")<br>6500 Hollister Avenue<br>Santa Barbara, California 93117 |
| GUARANTOR: | KILLICK DATTA ("Datta")<br><br>c/o GLOBAL BRAND MARKETING INC. ("Borrower")<br>6500 Hollister Avenue<br>Santa Barbara, California 93117 |
| BORROWER'S AND GUARANTOR'S COUNSEL: | FELL, MARKING, ABKIN, MONTGOMERY, GRANET & RANEY, LLP<br>222 East Carrillo Street, 4th Floor<br>Santa Barbara, California 93101<br>Attn: Joseph D. Abkin<br>Telephone No.: (805) 963-0755, ext. 228<br>Facsimile No.: (805) 965-7237<br><br>MORRISON & FOERSTER LLP<br>555 West Fifth Street, Suite 3500<br>Loa Angeles, California 90013<br>Attn: Kathryn I. Johnstone<br>Telephone No.: (213) 892-5662<br>Facsimile No.: (213) 892-5454 |

A. LOAN DOCUMENTS

1. Loan and Security Agreement
2. Note payable to GBC
3. Warrant for 10% of fully diluted equity of Borrower
4. Authorization to Pay Proceeds
5. Pre-Close Authorization to File UCCs
6. Guaranty - Datta
7. UCC Financing Statements (listed on Exhibit A)
8. Deposit Account Control Agreement - Bank of the West
9. Closing Certificate
10. Trademark Security Agreement
11. Patent Security Agreement
12. Landlord Consents
    (a) 6500 Hollister Avenue, Santa Barbara, CA
    (b) 165 Castilian Drive, Goleta, CA
13. Warehouse Agreements
    (a) 15710 San Antonio, Chino, CA (FMI)
    (b) 350-400 Westmont Drive, San Pedro, CA (Gilbert West)
14. Licensor Agreements re inventory liquidation
    (a) Diesel S.p.A
    (b) Diesel KID S.r.l.
    (c) Seven for All Mankind
15. Items with respect to Insurance
    (a) Certificates of casualty insurance covering equipment and real estate, showing GBC as certificate holder and loss payee (with GBC's loss payable clause attached to each certificate).

    (b) Certificates of insurance with respect to Borrower's liability insurance policies (including products liability insurance) showing GBC as certificate holder and additional insured

(c) Assignment of Business Interruption Insurance (to be sent certified mail to Chubb)

16. Certified copy of organizational documents

17. Certificate of Secretary for Borrower as to articles of incorporation, by-laws, incumbency of officers and directors and resolutions

18. Certificates of Good Standing

(a) California

(b) Nevada

(c) Alabama

(d) New Jersey

19. Subordinated, Last-Out Participation Agreement (Indeka)

B. Third Party Debt Documents

20. Copies of Promissory Notes (Datta), as amended

21. Subordination Agreement (Datta)

22. Factory Trade Payables Restructuring Agreement

(a) Irrevocable Instruction re Revolving Loan

23. Stock Purchase Agreements

24. Subordination Agreement (Global Hero)

25. Warrant representing 9.6% of common stock (Global Hero)

26. Certificate of Secretary for Global Hero as to articles of incorporation, by-laws, incumbency of officers and directors and resolutions

C. Equity Documents

27. Amended Articles of Incorporation

28. Warrant representing 29.4% of common shares

29. Investor Rights Agreement

D. <u>Other Items</u>

30. Pre-Closing Search Results

31. Proposal Letter - Greystone Commercial Service Agreements

32. Assignment Agreement – Century Business Credit Corporation

33. Pay-Off Letter – Century Business Credit Corporation

    (a) UCC Termination Statement

    (b) New UCC Filing

34. CIT – Financing Statement Amendments

35. Diesel Agreements – Supplier Payment Instructions

    (a) Diesel S.p.A

    (b) Diesel KID s.r.l.

36. Termination of Guaranty of Datta Indebtedness (Bank of America)

37. Opinions of Borrower's counsel (2)

38. Post-Closing Letter

E. <u>Post-Closing Items:</u>

39. Post-Closing Searches

40. Removal of Century Business Credit Corporation as Loss Payee on Property Insurance

41. Termination of Century Business Credit Corporation Factoring Agreement

42. Termination of CIT Factoring Agreement

GREYSTONE BUSINESS CREDIT II LLC

## EXHIBIT A

## UCC FINANCING STATEMENTS

| [illegible] | [illegible] | [illegible] | [illegible] |
|---|---|---|---|
| Global Brand Marketing Inc. | SOS - California | 11/17/06 | 06-7092499410 |