UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

        Plaintiffs/Counterdefendants,

        against

GREYSTONE BUSINESS CREDIT II LLC and
GLOBAL BRAND MARKETING INC.,

        Defendants/Counterplaintiffs

        -against-

DIESEL S.p.A.

        Third-Party Defendant.
------------------------------------------------------------x

Civil Action No. 1:07 CV 9580 (HB)

**GLOBAL BRAND MARKETING INC.'S NOTICE OF JOINER TO GREYSTONE BUSINESS CREDIT II LLC'S RESPONSE TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

        Defendant Global Brand Marketing Inc. ("GBMI"), by its attorneys Leader & Berkon LLP, hereby opposes Diesel Props S.R.L., Diesel Kid S.R.L. and Diesel S.p.A's Motion for a Preliminary Injunction by joining the arguments set forth in Defendant Greystone Business Credit LLC's Response to Plaintiff's Motion for a Preliminary Injunction and supporting affidavits and declarations.

Dated: New York, New York
       February 22, 2008

                                    LEADER & BERKON LLP

                                    By: _____
                                    GLEN SILVERSTEIN (GS 9174)
                                    MICHAEL J. TIFFANY (MT 9367)
                                    630 Third Avenue, 17th Floor
                                    New York, New York 10017
                                    (212) 486-2400

                                    *Attorneys for Defendant*
                                    *Global Brand Marketing Inc.*