UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

| | : | |
|---|---|---|
| DIESEL PROPS S.R.L. and | : | |
| DIESEL KID S.R.L., | : | |
| | : | Docket No. 07 CV 9580 (HB) |
| Plaintiffs/Counter-Defendants, | : | |
| | : | |
| v. | : | |
| | : | |
| GREYSTONE BUSINESS CREDIT II LLC | : | **AFFIRMATION OF SERVICE** |
| and GLOBAL BRAND MARKETING INC., | : | |
| | : | |
| Defendants/Counter-Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| DIESEL S.p.A. | : | |
| | : | |
| Third-Party Defendant | : | |
| | : | |

I, Danielle S. Friedberg, declare under penalty of perjury that on March 4, 2008, I have served a copy of the attached:

- **Greystone's Opposition To Plaintiffs' And Third Party Defendant's Motions To Dismiss**

dated March 4, 2008 upon:

    Ira S. Sacks, Esq.
    **Dreier LLP**
    499 Park Avenue
    New York, NY 10022
    212 652 3730
    Fax: (212) 328 6101
    *Attorney for Plaintiffs Diesel Props, S.R.L. and Diesel*
    *Kid S.R.L., and Third-Party Defendant Diesel S.p.A*

        Glen A. Silverstein, Esq.
        Michael J. Tiffany, Esq.
        **Leader & Berkon LLP**
        630 Third Avenue, 17th Floor
        New York, NY 10017
        (212) 486-2400
        Fax: (212) 486-3099
        *Attorneys for Defendant/Counter-Plaintiff Global*
        *Brand Marketing, Inc.*

by email and by depositing the same, properly enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the City and State of New York.

Dated: New York, New York
       March 4, 2008

                          /s/ Danielle S. Friedberg
                        Danielle S. Friedberg
                        Moses & Singer LLP
                        405 Lexington Avenue
                        New York, New York 10174-1299
                        Tel.: 212-554-7800
                        Fax: 212-554-7700