UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

       Plaintiffs/Counterdefendants,

       against

GREYSTONE BUSINESS CREDIT II LLC and
GLOBAL BRAND MARKETING INC.,

       Defendants/Counterplaintiffs

       -against-

DIESEL S.p.A.

       Third-Party Defendant.
------------------------------------------------------------x

Civil Action No. 1:07 CV 9580 (HB)

**GLOBAL BRAND MARKETING INC.'S NOTICE OF JOINDER TO GREYSTONE BUSINESS CREDIT II L.L.C.'S OPPOSITION TO PLAINTIFFS' AND THIRD-PARTY DEFENDANT'S MOTIONS TO DISMISS**

       Defendant Global Brand Marketing Inc. ("GBMI"), by its attorneys Leader & Berkon LLP, hereby opposes Plaintiffs' and Third-Party Defendant's Motions to Dismiss by joining the arguments set forth in Defendant Greystone Business Credit L.L.C.'s Opposition to Plaintiffs' and Third-Party Defendant's Motions to Dismiss.

Dated:  New York, New York
          March 4, 2008

                                LEADER & BERKON LLP

                                By: _____
                                   GLEN SILVERSTEIN (GS 9174)
                                   MICHAEL J. TIFFANY (MT 9367)
                                   630 Third Avenue, 17th Floor
                                   New York, New York 10017
                                   (212) 486-2400

                                   *Attorneys for Defendant*
                                   *Global Brand Marketing Inc.*