UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

       Plaintiffs/Counter-Defendants,

       v.                             Civil Action No. 07 CV 9580 (HB)

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

       Defendants/Counter-Plaintiffs

       v.

DIESEL S.p.A.

       Third-Party Defendant
_____

### NOTICE OF APPEAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1192(a)(1), Defendant/Counter-Plaintiff Greystone Business Credit II LLC hereby appeals to the United States Court of Appeals for the Second Circuit from the Order of the United States District Court, Southern District of New York (Baer, Jr., U.S.D.J.), dated and entered on February 29, 2008 (the "Order"), which granted the motion of the Plaintiffs Diesel Props S.R.L. and Diesel Kid S.R.L., dated February 22, 2008, for a preliminary injunction, and from each and every part of the Order. A copy of the Order is annexed hereto.

Dated: New York, New York
       March 5, 2008

                                      MOSES & SINGER, LLP

                                      By: /s/ Mark N. Parry
                                      Mark N. Parry
                                      405 Lexington Avenue
                                      New York, NY 10174
                                      (212) 554-7800
                                      *Attorneys for Defendant/Counter-*
                                      *Plaintiff Greystone Business Credit II*
                                      *LLC*

                                      Of Counsel:

                                      Daniel P. Shapiro
                                      Stephen H. Locher
                                      GOLDBERG KOHN BELL BLACK
                                        ROSENBLOOM & MORITZ, LTD.
                                      55 East Monroe Street
                                      Suite 3300
                                      Chicago, Illinois 60603
                                      (312) 201-4000

TO:

Ira S. Sacks
Mark S. Lafayette
Dreier, LLP
499 Park Avenue
New York, N.Y. 10022
*Attorneys for Plaintiffs Diesel Props S.R.L.,*
*Diesel Kid S.R.L., and Third-Party*
*Defendant Diesel S.p.A.*

Glen A. Silverstein
Michael J. Tiffany
Leader & Berkon, LLP
630 Third Avenue
New York, N.Y. 10017
*Attorneys for Defendant/Counter-Plaintiff*
*Global Brand Marketing Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

        Plaintiffs/Counter-Defendants,

-against-

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

        Defendants/Counter-Plaintiffs

-against-

DIESEL S.p.A.

        Third-Party Defendant.

------------------------------------------------------------x

Civil Action No. 07CV9580 (HB)

[PROPOSED]
ORDER FOR
PRELIMINARY INJUNCTION

Upon the Amended Complaint filed herein, the Declaration of Luigi Mezzasoma dated October 26, 2007, the Declaration of Germano Ferraro dated October 26, 2007, the Declaration of Rosanna Sartori dated October 26, 2007, the Declaration of Stephen Birkhold, dated February 8, 2008, the Declaration of Anthony Strippoli, dated February 8, 2008, the Declaration of Ira Sacks, dated February 10, 2008, the Declaration of Carlo Pascotto, dated February 11, 2008, the Declaration of Sudeepto Killick, dated February 11, 2008, the Declaration of Jaime Laguette-Stevens, dated February 11, 2008, the Declaration of Scott Horne, dated February 11, 2008, the Supplemental Declaration of Ira Sacks, dated February 22, 2008, the Declaration of Daniel Shapiro, the Declaration of David Chizewer, the exhibits to all such declarations, the Verification of Guy Smith, the memoranda of law, dated October 26, 2007, and February 22, 2008, all the letters submitted by the parties and the exhibits to such letters and

pursuant to the preliminary injunction hearing conducted on Friday, February 29, 2008; it is hereby

FOUND that Plaintiffs are likely to succeed on the merits (or at the very least there are sufficiently serious questions going to the merits as to make it a fair ground for litigation) on their claim for conversion against Defendants Global Brand Marketing, Inc. ("GBMI") and Greystone Business Credit II, LLC ("Greystone") of inventory of 101,000 pairs of branded Diesel footwear (the "Old GBMI Product"), and Plaintiffs' proposed claims for fraud and breach of contract against Greystone; and it is further

FOUND that Plaintiffs will be irreparably harmed in the absence of a preliminary injunction enjoining Defendants and those in active concert or participation with them from transferring, selling, distributing or otherwise disposing of the Old GBMI Product; and it is further

FOUND that the balance of the hardships tips in Plaintiffs favor; and therefore it is hereby

ORDERED that pursuant to Federal Rule of Civil Procedure ("FRCP") 65, ~~and pending the resolution of the merits of this action,~~ Defendants Global Brand Marketing, Inc. ("GBMI") and Greystone Business Credit II, LLC ("Greystone"), and their officers, members, agents, servants, employees and attorneys and those in active concert or participation with them who receive actual notice of this order, including but not limited to Titan Apparel, Inc., are preliminarily enjoined from transferring, selling, distributing or otherwise disposing of the Old GBMI Product; ~~and it is further~~, pending further order of this Court; and it is further

2

ORDERED that the $1 million bond previously posted by Plaintiffs is sufficient security for the payment of costs and damages as may be incurred by any party wrongly enjoined or restrained hereby.

Dated: ~~March~~ Feb 29, 2008

_____
Hon. Harold Baer, Jr., U.S.D.J.

3