UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

          Plaintiffs/Counter-Defendants,

-against-

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

          Defendants/Counter-Plaintiffs

-against-

DIESEL S.p.A.

          Third-Party Defendant.
------------------------------------------------------------x

Civil Action No. 07CV9580 (HB)

[PROPOSED]
**ORDER**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-5-08

    WHEREAS the Court ordered from the bench on February 29, 2008 that Plaintiffs be granted leave to file a Second Amended Complaint, but the Clerk of the Court requires a written confirmation of the same; it is hereby

    ORDERED that leave be granted for the Plaintiffs to file a Second Amended Complaint.

Dated: March 5, 2008

                                                Hon. Harold Baer, Jr., U.S.D.J.