UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
:
DIESEL PROPS S.R.L. and :
DIESEL KID S.R.L., :
: Docket No. 07 CV 9580 (HB)
Plaintiffs/Counter-Defendants, :
:
v. :
:
GREYSTONE BUSINESS CREDIT II LLC : **AFFIRMATION OF SERVICE**
and GLOBAL BRAND MARKETING INC., :
:
Defendants/Counter-Plaintiffs :
:
v. :
:
DIESEL S.p.A. :
:
Third-Party Defendant :
:

    I, Danielle S. Friedberg, declare under penalty of perjury that on March 25, 2008,

I have served a copy of the attached:

- **Answer, Counterclaims and Third-Party Complaint**

dated March 25, 2008 upon:

    Ira S. Sacks, Esq.
    Mark S. Lafayette, Esq.
    Dreier LLP
    499 Park Avenue
    New York, NY 10022

    Glen A. Silverstein, Esq.
    Michael J. Tiffany, Esq.
    Leader & Berkon, LLP
    630 Third Avenue
    New York, N.Y. 10017

by electronic mail and by depositing the same, properly enclosed in a post-paid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the City and State of New York.

Dated: New York, New York
       March 25, 2008

        /s/ Danielle S. Friedberg
         Danielle S. Friedberg
Moses & Singer LLP
405 Lexington Avenue
New York, New York 10174-1299
Tel.: 212-554-7800
Fax: 212-554-7700