UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

        Plaintiffs/Counter-Defendants,

        -against-

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

        Defendants/Counter-Plaintiffs

        -against-

DIESEL S.p.A.

        Third-Party Defendant.
------------------------------------------------------------x

Civil Action No. 07CV9580 (HB)

**CORRECTION TO DECLARATION**

        IRA S. SACKS, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

        1. I am a partner in Dreier LLP, counsel to Diesel Props S.r.l. ("Props") and Diesel Kid S.r.l. ("Kid") in the above captioned action. I submit this declaration to correct an inadvertent mistake in my previous declaration, dated March 25, 2008, and filed in support of motions of Props and Kid to dismiss the counterclaims asserted by Defendant Greystone Business Credit II, L.L.C. ("Greystone") and Global Brand Marketing, Inc. ("GBMI") and the motion of Diesel S.p.A. ("SpA") to dismiss the third party claims asserted against it by Greystone and GBMI. This declaration is made on personal knowledge.

        2. Paragraph 2 of my March 25, 2008 Declaration should be corrected. In my March 25, 2008 Declaration, it inadvertently read: "As explained more fully in the

motions to dismiss, (i) in 2001 and 2002, **Props** and SpA each entered into a license agreement (collectively, the "License Agreements") with GBMI whereby GBMI would make and sell Diesel branded shoes in numerous areas of the world.  *See* Second Amended Complaint, ¶¶ 9, 10."  Instead, Paragraph 2 should be corrected to read:  "As explained more fully in the motions to dismiss, (i) in 2001 and 2002, **Kid** and SpA each entered into a license agreement (collectively, the "License Agreements") with GBMI whereby GBMI would make and sell Diesel branded shoes in numerous areas of the world.  *See* Second Amended Complaint, ¶¶ 9, 10."

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 26, 2008
        New York, New York

/s/ Ira S. Sacks____
Ira S. Sacks