UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

                     Plaintiffs/Counter-Defendants,

      -against-

Civil Action No. 07 CV 9580 (HB)

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

**STIPULATION AND ORDER**

                     Defendants/Counter-Plaintiffs,

      -against-

DIESEL S.p.A.,

                     Third-Party Defendant.
-------------------------------------------------------------x

      WHEREAS Plaintiffs Diesel Props S.r.l. ("Props") and Diesel Kid S.r.l. ("Kid") have moved to dismiss the counterclaims asserted by Defendants Greystone Business Credit II LLC ("Greystone") and Global Brand Marketing Inc. ("GBMI") in their Answers to the Amended Complaint, Counterclaims and Third Party Complaints, dated January 9, 2008, and Third Party Diesel S.p.A. ("SpA") has moved to dismiss the Third Party Complaints of Greystone and GBMI dated January 9, 2008 (together, the "Motions to Dismiss"); and

      WHEREAS Greystone and GBMI have each filed an Answer to the Second Amended Complaint, Counterclaims and Third Party Complaints, dated March 26, 2008 and March 28, 2008, respectively, that asserts identical counterclaims and Third Party Complaints as those

{00341245.DOC;}

Complaints, dated January 9, 2008;

IT IS HEREBY STIPULATED AND AGREED by all parties that Plaintiffs' and SpA's Motions to Dismiss, Defendants' Oppositions to the Motions to Dismiss, and Plaintiffs' and SpA's Replies to the Motions to Dismiss, together with all supporting papers, shall be deemed renewed and resubmitted as to the Defendants' Answers to Second Amended Complaint, Counterclaims and Third Party Complaints.

Dated: April 4, 2008          By: _____
                                   DREIER LLP
                                   Ira S. Sacks
                                   Mark S. Lafayette
                                   499 Park Avenue
                                   New York, New York 10022
                                   (212) 328-6100

                                   *Attorneys for Plaintiffs Diesel Props*
                                   *S.R.L. and Diesel Kid S.R.L. and*
                                   *Third-Party Defendant Diesel S.p.A.*

Dated: April 4, 2008          By: _____
                                   MOSES & SINGER LLP
                                   Mark N. Parry
                                   The Chrysler Building
                                   405 Lexington Avenue
                                   New York, New York 10174-1299
                                   (212) 554-7800

                                   *Attorneys for Defendant*
                                   *Greystone Business Credit II, LLC*

LEADER & BERKON LLP
Glen Silverstein
630 Third Avenue
New York, New York 10017

*Attorneys for Defendant
Global Brand Marketing, Inc.*

So Ordered:

[signature]

Hon. Harold Baer, Jr.
United States District Judge

Dated: April 9, 2008