UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

                  Plaintiffs/Counter-Defendants,

        -against-

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

            Defendants/Counter-Plaintiffs,

        -against-

DIESEL S.p.A.,

            Third-Party Defendant.
------------------------------------------------------------x

Civil Action No. 07 CV 9580 (HB)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## STIPULATION

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for all parties that Plaintiffs may file a Third Amended Complaint substantially in the form provided to all counsel on June 2, 2008. All parties other than Plaintiffs reserve all of

their counterclaims, defenses and motions, if any.

Dated: June 2, 2008          By: _____
                                  DREIER LLP
                                  Ira S. Sacks
                                  Mark S. Lafayette
                                  499 Park Avenue
                                  New York, New York 10022

                                  *Attorneys for Plaintiffs Diesel Props
                                  S.R.L. and Diesel Kid S.R.L. and
                                  Third-Party Defendant Diesel S.p.A.*

Dated: June 2, 2008          By: _____
                                  MOSES & SINGER LLP
                                  Mark N. Parry, Esq.
                                  The Chrysler Building
                                  405 Lexington Avenue
                                  New York, New York 10174-1299

                                  *Attorneys for Defendant
                                  Greystone Business Credit II, LLC*

Dated: June 2, 2008          By: _____
                                  LEADER & BERKON LLP
                                  Glen Silverstein
                                  630 Third Avenue
                                  New York, New York 10017

                                  *Attorneys for Defendant
                                  Global Brand Marketing, Inc.*

Denied until I see + read it — & neither have taken place as of 12:50 PM today 6/3/08

SO ORDERED!

_____
U.S.D.J.

2