# DREIER LLP
Attorneys at Law

499 Park Avenue
New York, New York 10022
Tel: (212) 328-6100
Direct Facsimile: (212) 328-6101

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/08
```

## Fax Cover Sheet

Date: June 3, 2008

| NAME | COMPANY | FAX NO. | TEL. NO. |
|---|---|---|---|
| Anna Gercas | Honorable Harold Baer, Jr. US District Court | (212) 805-7901 | |
| Daniel P. Shapiro, Esq. | Goldberg Kohn | (312) 863-7417 | |
| Mark Parry, Esq. | Moses & Singer | (917) 206-4376 | |
| Glen Silverstein | Leader & Berkon LLP | (212) 486-3099 | |

**FROM:** Mark S. Lafayette
**DIRECT DIAL:** (212) 328-6147

Message: Re: Diesel Props S.r.l., et al. v. Greystone Business Credit II LLC, et al.
Civil Action No. 07CV9580(HB)

Ms. Gercas,

Attached is a black-lined version of the third amended complaint to reflect changes from the second amended complaint. Thank you for your consideration.

Respectfully,

Mark S. Lafayette

*[Handwritten annotation: this 3rd amended complaint filed with leave of court / Consent / complaint with leave on consent]*

*[Signed: Harold Baer 6/4/08]*

No. of Pages (including cover sheet): 24

{00334696.DOC;}If you have any difficulties receiving this transmission, please call (212) 328-6100

The information contained in this fax is privileged and confidential, and is intended only for the use of the individual(s) named above and others who have been specifically authorized to receive such information. If the recipient is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communique is strictly prohibited. If you have received this communique in error, or if a problem occurs with this transmission, please notify us immediately by phone. Thank you.