The Gursky Group

Ira S. Sacks *Partner*
Direct 212 652 3730
isacks@dreierllp.com



JUN 12 2008

U.S. DISTRICT JUDGE
S.D.N.Y.

June 12, 2008

**BY FACSIMILE**
Honorable Harold Baer, Jr.
United States District Court
United States Court House
500 Pearl Street, Room 2230
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-13-08

Re:   Diesel Props S.r.l., et al. v. Greystone Business Credit LLC, et al
      Civil Action No. 07 CV 9580 (HB)

Dear Judge Baer:

We represent plaintiffs Diesel Props S.r.l. and Diesel Kid S.r.l. in the above referenced matter.

We are pleased to report that the parties have resolved the preliminary injunction issues heard by Your Honor on February 29, 2008. As a result, plaintiffs request that this Court vacate the preliminary injunction orders dated February 29 and March 5, 2008.

Thank you for your consideration.

Respectfully,

Ira S. Sacks

ISS/es
cc:   Mark Parry, Esq. (via email)
      Daniel Shapiro, Esq. (via email)
      Glen Silverstein, Esq. (via email)

499 Park Avenue  New York, New York  10022
Telephone 212 328 6100  Facsimile 212 328 6101
Los Angeles · Stamford · Albany
www.dreierllp.com

TOTAL P.02

6/12/08 - As per the agreement reached by the partys the preliminary injunction orders dated Feb. 29 & March 5, 2008 are vacated & there will be no need for a permanent injunction hearing in December & I am removing it from my calendar.