**MANDATE**

SDNY/NYNY
07-cv 9580
Baer

UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
------------------------------------------------------------- x
DIESEL PROPS S.R.L. and DIESEL KID S.R.L.,    :

                     Plaintiffs-Counterclaim-    :    **Docket Nos. 08-1078-cv(L)**
                     Defendants-Appellees    :    **08-1308-cv(CON)**

       -against-    :

GREYSTONE BUSINESS CREDIT II LLC    :
and GLOBAL BRAND MARKETING INC.,    :

               Defendants-Counterclaim-:
                  Plaintiffs-Appellants.    :
------------------------------------------------------------- x

*(Second Circuit Court of Appeals seal: FILED JUN 26 2008, Catherine O'Hagan Wolfe, Clerk)*

### STIPULATION WITHDRAWING APPEAL

IT IS HEREBY STIPULATED AND AGREED, by and among the attorneys of

record for the parties, that the separate appeals taken by Defendant-Counterclaim-

Plaintiff-Appellant Greystone Business Credit II LLC by Notice of Appeal dated March

5, 2008 and Amended Notice of Appeal dated March 12, 2008, and by Defendant-

Counterclaim-Plaintiff-Appellant Global Brand Marketing Inc. by Notice of Appeal dated

March 17, 2008, from: (1) the Order of the United States District Court, Southern District

of New York (Baer, Jr., U.S.D.J.), dated February 29, 2008; and (2) the Opinion and

Order of the same court dated March 5, 2008, are hereby withdrawn, with prejudice,

without costs or disbursements, and with each party to bear their own attorneys' fees.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

697650v1  011338.0101

**CERTIFIED:**

    JUN 3 0 2008

This Stipulation may be executed in multiple counterpart copies and by facsimile signatures, each and all of which will be deemed an original.

Dated: New York, New York
June 13, 2008

MOSES & SINGER, LLP

By: _____
Mark N. Parry, Esq.
The Chrysler Building
405 Lexington Avenue
New York, New York 10174
(212) 554-7800
*Attorneys for Defendant-*
*Counterclaim-Plaintiff-*
*Appellant Greystone Business*
*Credit II LLC*

LEADER & BERKON, LLP

By: _____
Glen Silverstein, Esq.
630 Third Avenue
New York, New York 10017
(212) 486-2400
*Attorneys for Defendant-*
*Counterclaim-Plaintiff-*
*Appellant Global Brand*
*Marketing Inc.*

DREIER LLP

By: _____
Ira S. Sacks, Esq.
499 Park Avenue
New York, New York 10022
(212) 328-6100
*Attorneys for Plaintiffs-*
*Counterclaim-Defendants-*
*Appellees Diesel Props S.r.l.*
*and Diesel Kid S.r.l.*

So ORDERED

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

June 26, 2008

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK

697650v1  011338.0101