UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/18

                    Plaintiffs/Counter-Defendants,

          -against-

Civil Action No.  07 CV 9580 (HB)

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

                    Defendants/Counter-Plaintiffs,

          -against-

DIESEL S.p.A.,

                    Third-Party Defendant.

----------------------------------------------------------------x

**STIPULATION AND
ORDER**

          WHEREAS Plaintiffs Diesel Props S.r.l. ("Props") and Diesel Kid S.r.l. ("Kid") have

moved to dismiss the counterclaims asserted by Defendants Greystone Business Credit II LLC

("Greystone") and Global Brand Marketing Inc. ("GBMI") in their Answers to the Amended

Complaint, Counterclaims and Third Party Complaints, dated January 9, 2008, and Third Party

Diesel S.p.A. ("SpA") has moved to dismiss the Third Party Complaints of Greystone and GBMI

dated January 9, 2008 (together, the "Motions to Dismiss"); and

          WHEREAS Greystone and GBMI have each filed an Answer to the Second Amended

Complaint, Counterclaims and Third Party Complaints, dated March 26, 2008 and March 28,

2008, respectively, that asserts identical counterclaims and Third Party Complaints as those

{00341245.DOC;}

asserted in their Answers to the Amended Complaint, Counterclaims and Third Party

Complaints, dated January 9, 2008;

IT IS HEREBY STIPULATED AND AGREED by all parties that Plaintiffs' and SpA's

Motions to Dismiss, Defendants' Oppositions to the Motions to Dismiss, and Plaintiffs' and

SpA's Replies to the Motions to Dismiss, together with all supporting papers, shall be deemed

renewed and resubmitted as to the Defendants' Answers to Second Amended Complaint,

Counterclaims and Third Party Complaints.

Dated:  April 4, 2008                           By:_____

                                                DREIER LLP
                                                Ira S. Sacks
                                                Mark S. Lafayette
                                                499 Park Avenue
                                                New York, New York 10022
                                                (212) 328-6100

                                                *Attorneys for Plaintiffs Diesel Props
                                                S.R.L. and Diesel Kid S.R.L. and
                                                Third-Party Defendant Diesel S.p.A.*

Dated: April 4, 2008                            By:_____

                                                MOSES & SINGER LLP
                                                Mark N. Parry
                                                The Chrysler Building
                                                405 Lexington Avenue
                                                New York, New York 10174-1299
                                                (212) 554-7800

                                                *Attorneys for Defendant
                                                Greystone Business Credit II, LLC*

{00341245.DOC;}                            2

Dated: April 4, 2008                                    By:_____

LEADER & BERKON LLP
Glen Silverstein
630 Third Avenue
New York, New York 10017

*Attorneys for Defendant*
*Global Brand Marketing, Inc.*

So Ordered:

_____
Hon. Harold Baer, Jr.
United States District Judge

Dated: April 9 , 2008