UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

                    Plaintiffs/Counter-Defendants,

     -against-

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

                Defendants/Counter-Plaintiffs,

     -against-

DIESEL S.p.A.,

           Third-Party Defendant.

----------------------------------------------------------------x

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/08

Civil Action No.  07 CV 9580 (HB)

**STIPULATION AND
ORDER**

      WHEREAS Plaintiffs Diesel Props S.r.l. ("Props") and Diesel Kid S.r.l. ("Kid") have

moved to dismiss the counterclaims asserted by Defendants Greystone Business Credit II LLC

("Greystone") and Global Brand Marketing Inc. ("GBMI") in their Answers to the Amended

Complaint, Counterclaims and Third Party Complaints, dated January 9, 2008, and Third Party

Diesel S.p.A. ("SpA") has moved to dismiss the Third Party Complaints of Greystone and GBMI

dated January 9, 2008 (together, the "Motions to Dismiss"); and

      WHEREAS Greystone and GBMI have each filed an Answer to the Second Amended

Complaint, Counterclaims and Third Party Complaints, dated March 26, 2008 and March 28,

2008, respectively, that asserts identical counterclaims and Third Party Complaints as those

{00341245.DOC;}

asserted in their Answers to the Amended Complaint, Counterclaims and Third Party

Complaints, dated January 9, 2008;

IT IS HEREBY STIPULATED AND AGREED by all parties that Plaintiffs' and SpA's

Motions to Dismiss, Defendants' Oppositions to the Motions to Dismiss, and Plaintiffs' and

SpA's Replies to the Motions to Dismiss, together with all supporting papers, shall be deemed

renewed and resubmitted as to the Defendants' Answers to Second Amended Complaint,

Counterclaims and Third Party Complaints.

Dated: April 4, 2008                  By:_____

DREIER LLP
Ira S. Sacks
Mark S. Lafayette
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorneys for Plaintiffs Diesel Props*
*S.R.L. and Diesel Kid S.R.L. and*
*Third-Party Defendant Diesel S.p.A.*

Dated: April 4, 2008                  By:_____

MOSES & SINGER LLP
Mark N. Parry
The Chrysler Building
405 Lexington Avenue
New York, New York 10174-1299
(212) 554-7800

*Attorneys for Defendant*
*Greystone Business Credit II, LLC*

{00341245.DOC;}                       2

Dated: April 4, 2008

By: _____

LEADER & BERKON LLP
Glen Silverstein
630 Third Avenue
New York, New York 10017

*Attorneys for Defendant*
*Global Brand Marketing, Inc.*

So Ordered:

_____
Hon. Harold Baer, Jr.
United States District Judge

Dated: April 9 , 2008

{00341245.DOC;}

3