UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Diesel Props S.r.l., et al.,
    Plaintiffs,
        -v-
Greystone Business Credit II, et al.,
    Defendants.
------------------------------------------------------------x

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 9580 (HB)(RE)

Ronald Ellis

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

- [ ] General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

- [x] Specific Non-Dispositive Motion/Dispute:*
  Issues relating to July 23, 2008 letter from Counsel for Greystone Business Credit II LLC and related attachments
  If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: through Aug. 4, 2008

- [ ] Settlement*

- [ ] Inquest After Default/Damages Hearing

- [ ] Consent under 28 U.S.C. §636(c) for all purposes (including trial)

- [ ] Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
  Purpose: _____

- [ ] Habeas Corpus

- [ ] Social Security

- [ ] Dispositive Motion (i.e., motion requiring a Report and Recommendation)
  Particular Motion: _____

- [ ] All such motions: _____

Please note that the month of trial may not be changed, and Judge Baer requires at least 60 days prior to trial month to decide any motion. Please see Scheduling Order.

*Do not check if already referred for general pretrial.

Dated July 24, 2008

SO ORDERED:

_____
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/08