UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

                            Plaintiffs,

           -against-

GREYSTONE BUSINESS CREDIT II LLC and
GLOBAL BRAND MARKETING INC.,

                           Defendants.

-------------------------------------------------------------x

Civil Action No. 1:07 CV 9580 (HB)

**NOTICE OF JOINDER**

        Defendant Global Brand Marketing Inc. ("GBMI"), by its attorneys Leader & Berkon LLP, hereby opposes Plaintiffs Diesel Props S.r.l. and Diesel Kids S.r.l.'s Renewed Motion to Dismiss and Motion to Strike and Diesel S.p.A.'s Renewed Motion to Dismiss and Motion to Strike by joining the arguments set forth in Defendant Greystone Business Credit LLC's Opposition to Plaintiffs Diesel Props S.r.l. and Diesel Kids S.r.l.'s Renewed Motion to Dismiss and Motion to Strike and Diesel S.p.A.'s Renewed Motion to Dismiss and Motion to Strike.

Dated: New York, New York
       August 1, 2008

                               LEADER & BERKON LLP

                               By:_____
                               GLEN SILVERSTEIN (GS 9174)
                               MICHAEL J. TIFFANY (MT 9367)
                               630 Third Avenue
                               New York, New York 10017
                               *Attorneys for Global Brand Marketing, Inc.*