✎AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

DIESEL PROPS S.R.L. AND DIESEL KID S.R.L.

v.

GREYSTONE BUSINESS CREDIT II LLC
AND GLOBAL BRAND MARKETING INC.

**APPEARANCE**

Case Number:   07 CV 9580 (HB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GLOBAL BRAND MARKETING INC.

I certify that I am admitted to practice in this court.

August 4 2008
Date

*/s/ Cynthia L. Boland*
Signature

CYNTHIA L. BOLAND, LEADER & BERKON         7793
Print Name                                  Bar Number

630 THIRD AVENUE, 17TH FLOOR
Address

NEW YORK         NY         10017
City             State      Zip Code

(212) 486-2400              (212) 486-3099
Phone Number                Fax Number