```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-6-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIESEL PROPS S.R.L., et al.,

                      Plaintiffs,

        - against -

GREYSTONE BUSINESS CREDIT II, LLC, et al.,

                      Defendants.

ORDER

07 Civ. 9580 (HB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    **IT IS HEREBY ORDERED** that the Parties appear for a telephonic conference before the Court on **August 13, 2008, at 2:30 p.m.**

**SO ORDERED** this 6th day of August 2008
New York, New York

*/s/ Ronald L. Ellis*

The Honorable Ronald L. Ellis
United States Magistrate Judge