USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-8-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIESEL PROPS S.R.L., et al.,

                      Plaintiffs,

       - against -

GREYSTONE BUSINESS CREDIT II, LLC, et al.,

                      Defendants.

ORDER

07 Civ. 9580 (HB) (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

      **IT IS HEREBY ORDERED** that the telephonic conference originally scheduled for

for August 13, 2008, has been rescheduled for **August 18, 2008, at 11:30 a.m.**

**SO ORDERED this 8th day of August 2008**
New York, New York

                                                    */s/ Ronald L. Ellis*
                                                    The Honorable Ronald L. Ellis
                                                    United States Magistrate Judge