UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

        Plaintiffs/Counter-Defendants,

v.

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

        Defendants/Counter-Plaintiffs

v.

DIESEL S.p.A.

        Third-Party Defendant
_____

Civil Action No. 07 CV 9580 (HB)

**MOTION TO ADMIT COUNSEL *PRO HAC VICE***

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern District and Eastern Districts of New York, I, Danielle S. Friedberg, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

    Priya M. Bhatia
    Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.
    55. E. Monroe Street, Suite 3300
    Chicago, Illinois 60603
    Phone: 312.201.4000
    Facsimile: 312.863.7877

Priya M. Bhatia is a member in good standing of the Bar of the States of Illinois and the Northern District Court of Illinois.

There are no pending disciplinary proceedings against Priya M. Bhatia in any State or Federal court.

-2-

Dated: New York, New York
      August 29, 2008

                                    Respectfully submitted,

                                    By: _____
                                        Mark N. Parry (MP-0827)
                                        Danielle Friedberg (DF-9679)
                                  MOSES & SINGER LLP
                                  The Chrysler Building
                                  405 Lexington Avenue
                                  New York, NY 10174
                                  (212) 554-7800
                                  mparry@mosessinger.com
                                  dfriedberg@mosessinger.com
                                  *Attorneys for Defendant*
                                      *Greystone Business Credit II, LLC*

-3-

## CERTIFICATE OF SERVICE

I, Danielle S. Friedberg, an attorney, certifies that on August 29, 2008, I caused a copy **Motion to Admit Counsel Pro Hac Vice** and **Affidavit of Danielle S. Friedberg in Support of Motion to Admit Counsel Pro Hac Vice** to be served by facsimile delivery upon the following:

Ira S. Sacks
**Dreier LLP**
499 Park Avenue
New York, NY 10022
212 652 3730
Fax: (212) 328 6101
*Attorney for Diesel Props, S.R.L. and Diesel Kid S.R.L.*

Glen A. Silverstein
Michael J. Tiffany
**Leader & Berkon LLP**
630 Third Avenue, 17th Floor
New York, NY 10017
(212) 486-2400
Fax: (212) 486-3099
*Attorneys for Global Brand Marketing, Inc.*

Danielle S. Friedberg

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Priya Moti Bhatia

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 2006 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Wednesday, August 27, 2008.

*Juleann Hornyak*
Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

       Plaintiffs/Counter-Defendants,

v.

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

       Defendants/Counter-Plaintiffs

v.

DIESEL S.p.A.

       Third-Party Defendant

Civil Action No. 07 CV 9580 (HB)

**AFFIDAVIT OF DANIELLE S. FRIEDBERG IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

State of New York  )
                    ) ss:
County of New York )

Danielle S. Friedberg, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at Moses & Singer, LLP, counsel for Defendant/Counter-Plaintiff Greystone Business Credit II LLC in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant/Counter-Plaintiff Greystone Business Credit II LLC's motion to admit Priya M. Bhatia as counsel *pro hac vice* to represent Defendant/Counter-Plaintiff Greystone Business Credit II LLC in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2005. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Priya M. Bhatia since 2007.

4. Priya M. Bhatia is an attorney at the law firm of Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd., in Chicago, Illinois.

5. I have found Ms. Bhatia to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Priya M. Bhatia, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of Priya M. Bhatia, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Priya M. Bhatia, *pro hac vice*, to represent Defendant/Counter-Plaintiff Greystone Business Credit II LLC in the above captioned matter, be granted.

Dated: New York, New York
       August 29, 2008

SWORN TO BEFORE ME this
29 day of August 2008

_____
NOTARY PUBLIC

KERWYN WELCH
NOTARY PUBLIC, State of New York
No. 01WE4965679
Qualified in Queens County
Certificate Filed in New York County
Commission Expires April 23, 2010

Respectfully submitted,

_____
Danielle S. Friedberg (DF 9679)
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174
(212) 554-7800
dfriedberg@mosessinger.com
*Attorneys for Defendant*
   *Greystone Business Credit II, L.L.C.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

      Plaintiffs/Counter-Defendants,

v.                                                   Civil Action No. 07 CV 9580 (HB)

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,       **ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

      Defendants/Counter-Plaintiffs

v.

DIESEL S.p.A.

      Third-Party Defendant

Upon the Motion of Danielle S. Friedberg, attorney for Defendant/Counter-Plaintiff Greystone Business Credit II LLC, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

    Priya M. Bhatia

    Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.

    55 E. Monroe Street, Suite 3300

    Chicago, Illinois 60603

    Phone: 312.863.7157

    Facsimile: 312.863.7877

    Email address: priya.bhatia@goldbergkohn.com

is admitted to practice *pro hac vice* as counsel for Defendant/Counter-Plaintiff Greystone Business Credit II LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
      August ___, 2008

                                              _____
                                              United States District/Magistrate Judge