```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIESEL PROPS S.R.L. and )
DIESEL KID S.R.L. )
                               )
     Plaintiffs/Counter-Defendants ) Civil Action No. 07CV9580 (HB)
                               )
     -against- ) **STIPULATED PRETRIAL**
                               ) **SCHEDULING ORDER**
GREYSTONE BUSINESS CREDIT II LLC )
and GLOBAL BRAND MARKETING INC., )
                               )
     Defendants/Counter-Plaintiffs )
                               )
     -against- )
                               )
DIESEL S.p.A. )
                               )
     Third-Party Defendant.

## STIPULATED PRETRIAL SCHEDULING ORDER

IT IS HEREBY STIPULATED AND ORDERED that, supplementing the order entered on August 14, 2008 by Judge Baer, the undersigned parties agree and this Court (the "Court") orders as follows:

1.    All discovery, except expert discovery, shall be completed by October 31, 2008.

2.     ~~Dispositive motions shall be fully briefed to the Court by December 15, 2008.[1] Any such motions will be briefed on the following schedule: a) dispositive motions shall be filed by November 3, 2008; b) responses to such motions shall be filed by December 1, 2008; and c) replies shall be filed by December 15, 2008.~~

3.    A joint pretrial order shall, unless waived by the Court, be submitted by February 16, 2009.

---

[1] The court had set a date of November 15, but with the extension of the trial date, the Court's pretrial order permits fully briefed motions to be submitted to the Court 60 days before trial, which would be December 15.

1788485v1 9.5/2008 3:14:08 PM                                                                                   5734.029

4. This case is added to the February 2009 Trailing Trial Calendar. A jury trial has been demanded by Plaintiffs.

Dated: September 5, 2008          By: /s/ Ira Sacks (DF)
                                          DREIER LLP
                                          Ira S. Sacks
                                          Mark S. Lafayette
                                          499 Park Avenue
                                          New York, NY 10022

                                          *Attorneys for Plaintiffs Diesel Props*
                                          *S.R.L. and Diesel Kid S.R.L. and*
                                          *Third-Party Defendant Diesel S.p.A.*

Dated: September 5, 2008          By: /s/ Mark Parry
                                          MOSES & SINGER LLP
                                          Mark N. Parry, Esq.
                                          The Chrysler Building
                                          405 Lexington Avenue
                                          New York, New York 10174-1299

                                          *Attorneys for Defendant*
                                          *Greystone Business Credit II, LLC*

Dated: September 5, 2008          By: /s/ Glen Silverstein (DF)
                                          LEADER & BERKON LLP
                                          Glen Silverstein
                                          630 Third Avenue
                                          New York, New York 10017

                                          *Attorneys for Defendant*
                                          *Global Brand Marketing, Inc.*

*[Handwritten note from Judge:]* Sadly I need as P+SO points 60 days follower submission of fully briefed motion to decide the motion. Your proposal gives me 60 days if we schedule trial after 2/15 & gives you a difficult preparation schedule. So SO ORDERED: November 30 — + never put my name on a [illegible] as you have done but

Harold Baer, Jr., U.S.D.J.   /s/ HBaer
Date: 9/10/08

Endorsement:

    Sadly I need as PTSO points 60 days following submission of fully briefed motion to decide the motion.  Your proposal gives me 60 days if we schedule trial after 2/15 and gives you a difficult preparation schedule let's make fully briefed motions November 30 and never put my name on a blank page as you have done here.