UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

    Plaintiffs/Counter-Defendants,

v.

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

    Defendants/Counter-Plaintiffs

v.

DIESEL S.p.A.

    Third-Party Defendant

Civil Action No. 07 CV 9580 (HB)

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/08

Upon the Motion of Danielle S. Friedberg, attorney for Defendant/Counter-Plaintiff Greystone Business Credit II LLC, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

    Jonathan H. Claydon

    Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.

    55 E. Monroe Street, Suite 3300

    Chicago, Illinois 60603

    Phone: 312.863.7150

    Facsimile: 312.863.7850

    Email address: jonathan.claydon@goldbergkohn.com

is admitted to practice *pro hac vice* as counsel for Defendant/Counter-Plaintiff Greystone Business Credit II LLC in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

-3-

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
      August ___, 2008

_____
United States District/Magistrate Judge

*Application for Pro Hac Vice GRANTED. The Clerk is instructed to close this motion.*

SO ORDERED.

/s/ Harold Baer
Hon. Harold Baer, Jr., U.S.D.J.
Date: 9/11/08

-4-