UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌──────────────────────────────────┐
│  USDS SDNY                        │
│  DOCUMENT                         │
│  ELECTRONICALLY FILED             │
│  DOC #: _____           │
│  DATE FILED: 7/11/08              │
└──────────────────────────────────┘
```

DIESEL PROPS S.R.L. and
DIESEL KID S.R.L.,

        Plaintiffs/Counter-Defendants,

        v.

Civil Action No. 07 CV 9580 (HB)

GREYSTONE BUSINESS CREDIT II LLC
and GLOBAL BRAND MARKETING INC.,

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

        Defendants/Counter-Plaintiffs

        v.

DIESEL S.p.A.

        Third-Party Defendant

Upon the Motion of Danielle S. Friedberg, attorney for Defendant/Counter-Plaintiff Greystone

Business Credit II LLC, and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that:

        Priya M. Bhatia

        Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd.

        55 E. Monroe Street, Suite 3300

        Chicago, Illinois 60603

        Phone: 312.863.7157

        Facsimile: 312.863.7877

        Email address: priya.bhatia@goldbergkohn.com

is admitted to practice *pro hac vice* as counsel for Defendant/Counter-Plaintiff Greystone Business

Credit II LLC in the above captioned case in the United States District Court for the Southern

District of New York. All attorneys appearing before this court are subject to the Local Rules of

this Court, including the Rules governing discipline of attorneys. If this action is assigned to the

-3-

Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at

nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: New York, New York
      August ___, 2008

 

                      _____
                      United States District/Magistrate Judge

Application for Pro Hac Vice
GRANTED. The Clerk is
instructed to close this motion.

SO ORDERED.

Hon. Harold Baer, Jr., U.S.D.J.
Date: _____

-4-